Lawrence Birks, J61476
High Desert State Prison
P.O. Box 3030-C1-112
Susanville California, 96127

FILED
07 NOV -7 AM 10:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PRO __ SE.,

For the United States District Court
Northern District of California       SBA    (PR)

C 07    5647

LAWRENCE BIRKS
    Plaintiff,

___ VS ___

ROBERT SANTOS,
BUREAU OF CRIMINAL
IDENTIFICATION AND
INFORMATION MANAGER,
    Defendant.

DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS:

SUIT UNDER § 552 A)G)4)1)D) G)4) 4);

CIVIL ACTION: _____

    I LAWRENCE BIRKS; AM the Petitioner/Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or cost or give security thereof, I stated that because of my proverty I am unable to pay the cost of said proceeding or to give security therefore; and that I believe I am entitled for redress... see: attached five pages. AFFIDAVIT AND DECLARATION, in support of motion for leave to proceed informa pauperis:

    I declare that the responses which I have made below are true.

1) I am not presently employed; and have no monthly salary wages per month is __0__ And have not work since 1988, Santa Fe Rail Road, As switch-man, and Brakeman. Los Angeles California.

-1-

2). My Last Employment was 1979 of November and Monthly Salary wages was $1600. and employment Last two years.

3). I have not receive within the Past Twelve months, any money from any of the following Sources:

    A) Business Profession or from of Self-Employment. "NO"

    B) Rent payments interest or dividends. "NO"

    C) Pensions annuties, or Life insurance payment "NO"

    D) Gifts or inheritances "No"

    E) Any form of Public Assistance "NO"

    F) Any of Sources "NO"

4) I do not have any money in a checking or savings account 0

5) I do not own any real estate. Stock, bonds, Notes automobiles or other valuable property (including ordinary household furnishings and Clothing 0

6) I have no person that receive support/dependent from me "NONE"

7) I do not Live in a rented apartment or other rented Building 0

8). Do to the Cruel intentional deliberate action by defendant Robert Santo, And Plaintiff Circumstances Surrounding action in denying to Strike Prior of non-violent crime. This Court should grant this Application.

I understand that a false statement or answer to any question in this Declaration will subject me to Penalties of Perjury.

I declare under penalty of Perjury, that the foregoing is true and Correct.

Dated November 1, 2007.

Date of Birth: August 4, 1953;

Social Security Number: 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

Signature Lawrence Biako

-2-

# AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, LAWRENCE BIRKS, am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child Support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): _____ | $ 0 | $ 0 | $ 0 | $ 0 |
| Total monthly income: | $ 0 | $ 0 | $ 0 | $ 0 |

2. List your employment history for the past two years, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NONE | NONE | NONE | $ 0 |
|  |  |  | $ 0 |
|  |  |  | $ 0 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NONE | NONE | NONE | $ 0 |
|  |  |  | $ 0 |
|  |  |  | $ 0 |

4. How much cash do you and your spouse have? $ 0
   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | NONE | $ 0 | $ 0 |
|  |  | $ 0 | $ 0 |
|  |  | $ 0 | $ 0 |

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

☐ Home
  Value 0

☐ Other real estate
  Value 0

☐ Motor Vehicle #1
  Year, make & model NONE
  Value 0

☐ Motor Vehicle #2
  Year, make & model NONE
  Value 0

☐ Other assets
  Description NONE
  Value 0

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | $ 0 | $ 0 |
| NONE | $ 0 | $ 0 |
| NONE | $ 0 | $ 0 |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| NONE | NONE | NONE |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) Are real estate taxes included? ☐ Yes ☐ No  Is property insurance included? ☐ Yes ☐ No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |

|  | You | Your spouse |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |

Insurance (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| Homeowner's or renter's | $ 0 | $ 0 |
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Other: NONE | $ 0 | $ 0 |

Taxes (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| (specify): NONE | $ 0 | $ 0 |

Installment payments

|  | You | Your spouse |
|---|---|---|
| Motor Vehicle | $ 0 | $ 0 |
| Credit card(s) | $ 0 | $ 0 |
| Department store(s) | $ 0 | $ 0 |
| Other: NONE | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): NONE | $ 0 | $ 0 |
| **Total monthly expenses:** | $ 0 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☒ No      If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☒ No

    If yes, how much? ____0____

    If yes, state the attorney's name, address, and telephone number:

    _____NONE_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ☐ Yes   ☒ No
    If yes, how much? ____0____

    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.

    "_____WHOllY INDIGENT_____"

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ~~~~ July 19 , 20**07**

_____Laurence Birks_____
(Signature)

```
REPORT ID: TS3030  .701                                REPORT DATE: 10/24/07
                                                       PAGE NO:        1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              HIGH DESERT STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: APR. 01, 2007 THRU OCT. 24, 2007

ACCOUNT NUMBER : J61976                    BED/CELL NUMBER: FCB1T1000000112L
ACCOUNT NAME   : BIRKS, LAWRENCE           ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE  DESCRIPTION      COMMENT    CHECK NUM   DEPOSITS    WITHDRAWALS   BALANCE
----- ----  ---------------- ---------- ---------   --------    -----------   -------

04/01/2007  BEGINNING BALANCE                                                  0.00

09/11 W512 LEGAL POSTAGE 1060 08/98                               2.84         2.84-
09/11 W919 REVERSE LEGAL 1060 08/98                               2.84-        0.00


                           CURRENT HOLDS IN EFFECT

 DATE      HOLD
 PLACED    CODE     DESCRIPTION              COMMENT       HOLD AMOUNT
 --------  ----     -----------              -------       -----------
 08/13/2007 H110    COPIES HOLD              0653COPIES        0.30
 09/19/2007 H110    COPIES HOLD              1229 COPY         0.20
 09/19/2007 H110    COPIES HOLD              1229 COPY         0.70
 09/19/2007 H110    COPIES HOLD              1229 COPY         0.10
 10/09/2007 H118    LEGAL COPIES HOLD        1515 10/03        4.80
 10/09/2007 H118    LEGAL COPIES HOLD        1515 10/03        1.40
 10/12/2007 H109    LEGAL POSTAGE HOLD       1628 10/07        2.50
 10/12/2007 H109    LEGAL POSTAGE HOLD       1632 10/08        1.41
 10/16/2007 H109    LEGAL POSTAGE HOLD       1657 10/04        1.65
 10/16/2007 H109    LEGAL POSTAGE HOLD       1657 10/04        1.65
 10/16/2007 H109    LEGAL POSTAGE HOLD       1657 10/04        1.65
 10/19/2007 H118    LEGAL COPIES HOLD        1785 0920         2.00
 10/22/2007 H109    LEGAL POSTAGE HOLD       1797 09/23        1.65
 10/23/2007 H110    COPIES HOLD              1822COPIES        0.30

                           TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL         CURRENT    HOLDS      TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS   BALANCE    BALANCE    TO BE POSTED
---------    --------    -----------   -------    -------    ------------
  0.00         0.00         0.00        0.00       20.31         0.00


                                                  CURRENT
                                                  AVAILABLE
                                                  BALANCE
                                                  ---------
                                                   20.31-
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ 10/25/07
   TRUST OFFICE

Sent 10/26/07