Lawrence Birks, J61976
High Desert State Prison
P. O. Box 3030-C11112
Susanville California, 96127

FILED
07 NOV -7 AM 10:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PRO_SE.,

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SBA (PR)

LAWRENCE BIRKS,
  Plaintiff,

CASE NO: C 07 5647

— VS —

MOTION REQUESTING ATTORNEY FEES; PUSUANT TO RULE-54-293, A)B)1-2-3-4-5, C)1-2-3-4-5-6. II,

ROBERT SANTOS - MANAGER)
  Defendant.

I, LAWRENCE BIRKS, DECLARE: that I am a State Prisoner to the above-referenced Matter, I am incarcerated at High Desert State Prison, And that I am "INDIGENT", and Unable to afford an Attorney: And is requesting Attorney fees pursuant to Statute Shall at a minimum, Including at Affidavit Showing:

1). That the moving party is Eligible to receive an award of Attorney fees. and Basis of such Eligibility. is the time research Law and prepare petition.

2). The Information and amount of Attorney Fees is Sought.

3). The Information pertaining to each of the criteria set forth in subsection C) of this Rules, and

4). Such other Matters are required under the Statute under which the fees award is Claimed:

I declare under penalty of perjury that the foregoing is true and correct;

Date: October 2007,    Signature: Lawrence Birks pros

-1-