FILED

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

**C 07   5647**

Your complaint has been filed as civil case number_____

Your complaint is deficient because:

**SBA** (PR)

1. _____ You did not pay the appropriate filing fee of $350.00.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety.

2. _✓_ The <u>In Forma Pauperis</u> Application you submitted is insufficient because:

   _✓_ You did not use the correct form.  You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

   _____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

   _____ You did not sign your <u>In Forma Pauperis</u> Application.

   _✓_ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   _ok_ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning:  If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed. If you submit the application, you will automatically be liable for the full filing fee, regardless of your present ability to pay the full amount of the fee.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
                    Deputy Clerk

rev. 4/9/06

BIRKS