Date: Nov 18, 2007

TO: Northern Dist. Court of Calif.
United States
Office of the Clerk Richard W. Wieking
450 Golden Gate Ave
San Francisco California, 94102

RECEIVED
2007 NOV 26 PM 12:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

From: Lawrence Birks. J61926
High Desert State Prison
P.O. Box 3030 C1-112
Susanville California, 96127

(Class Member)
Coleman v. Wilson
Plata v. Davis

C 07-5647 SBA

Subject: Copy of Prisoner Trust Account Statement Showing Transactions for Six months and certificate of funds in Prisoner's account, and signed by HDSP trust account officer was sent with civil complaint and Exhibits

Dear Clerk Richard W. Wieking, On Nov 1, 2007, I had forward the requested legal documents of Prisoners trust Account Statement Showing Transaction for Six months, and certificate of funds in Prisoner account, Signed by an authorized HDSP officer of this Prison, In Which on Nov 16, 2007, 3rd Watch, unsealed Envelope from Northern Dist Court, Case C 07-5647 SBA PR) Three documents Stamped with case Number C07-5647SBA-(PR) Nov 7, 2007, Two Page- US Dist Ct. Calif. Ecf Registration Info? Handout form, Six page Informa Pauperis Application and Instruction. Also one page of Northern Dist Ct. Clerk/Deputy Richard W. Wieking, informing Plaintiff of Complaint No: C 07 5647, Need the Correct Informa Pauperis Application, And certificate of funds in Prisoners Account Completed and Signed by an authorized officer at HDSP, And trust Account Statement Showing Showing Transactions For the last Six months, In which, on 11/18/07, the form was sent to HDSP trust

Office Supervisor, for the necessary information, In which You should understand, that do to many Series of HDSP Officials using Reprisal Acts, against Plaintiff for Exercising his First Amendment Rights; constand interference has been inflicted upon Plaintiff, and might not be able to Obtaine the necessary information which You had Requested? But I will make the Attempt! In which the needed Information was sent to Your Office with all the document See _ Proof of service dated Nov 1, 2007, In which the HDSP officials / certain Employees make there own Rules and Regulation at This Ridiculous cruel vicious maximum Security 180 Design C-Facility Prison _ For the Crime None Violent 2d degree Commercial Burglary felony/misdemeanor Wobbler under cruel exit. 3t law _ People v. Birks 19 Cal. 4th 108: 77 Cal. Rptr 848 — P 2d Aug 1998, Arrested 9/30/94, Convicted on 2/9/95) 25 Yrs to Life Sentence!

ALSO, since 1996, at Corcoran Prison, Have Hepatitis C. Virus Disease; No treatment available, March/2004, Calif. Dept. of Correction Hepatitis C Clinicial Management Program is Not available to me, ineligilible, because I am serving a Life sentence and must be at least 10, 16, month to serve in Calif Dept Correct.

Sincerely Tim L. Birks