

HIGH DESERT STATE PRISON
NAME: Lawrence Binks
CDC #: T61816 B5-112
P.O. BOX 3030 SUSANVILLE CA 96127

C7

OFFICE OF THE CLERK
DEPUTY, RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO CALIFORNIA
94102

LEGAL MAIL
US POSTAGE
Mailed From 96127