FILED
07 NOV 28 PM 2:14
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 07 5647

_____,
        Plaintiff,

vs.

_____,
        Defendant.

CASE NO. _____ SBA

PRISONER'S
APPLICATION TO PROCEED (PR)
IN FORMA PAUPERIS

I, LAWRENCE BROOKS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___0___ Net: ___0___

Employer: NONE
          "

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____IN PRISONED_____
5  _____LAST EMPloyMENT 1977 - Santa Fe Rail Road__
6  _2,000 Per Month_____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or            Yes ___ No X
10           self employment
11      b.   Income from stocks, bonds,         Yes ___ No X
12           or royalties?
13      c.   Rent payments?                     Yes ___ No X
14      d.   Pensions, annuities, or            Yes ___ No X
15           life insurance payments?
16      e.   Federal or State welfare payments, Yes ___ No X
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____Ø_____
22  _____Ø_____
23  3.   Are you married?                       Yes ___ No X
24  Spouse's Full Name: _____/_____
25  Spouse's Place of Employment: _____X_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____Ø_____ Net $____Ø_____
28  4.   a.   List amount you contribute to your spouse's support:$ __Ø__

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5  " NONE
6  _____
7  5.  Do you own or are you buying a home?          Yes ___ No X
8  Estimated Market Value: $ 0    Amount of Mortgage: $ 0
9  6.  Do you own an automobile?          Yes ___ No X
10 Make _None_ Year _None_ Model _None_
11 Is it financed? Yes ___ No X  If so, Total due: $ 0
12 Monthly Payment: $ 0
13 7.  Do you have a bank account? Yes ___ No X (Do not include account numbers.)
14 Name(s) and address(es) of bank: " NONE "
15 _____
16 Present balance(s): $ 0
17 Do you own any cash? Yes ___ No X  Amount: $ 0
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No X
20 " NONE "
21 8.  What are your monthly expenses?
22 Rent: $ NONE 0      Utilities: NONE 0
23 Food: $ NONE 0      Clothing: NONE 0
24 Charge Accounts:
25 Name of Account        Monthly Payment         Total Owed on This Acct.
26 NONE                   $ 0                     $ 0
27                        $ 0                     $ 0
28                        $ ___                   $ ___

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 3 -

1  9. Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____ NONE _____
4  _____
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ___ No X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  1) Birk v Galaza-Etal, Case-Cv-F-98-5589 REC WOP-East Distct.) 2) Birk v. A.A.Lamarqe
10  Etal, Case-Cor-2691-SBA, Northern Distct.) Birk v. Terhune etal, case
11      I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15  
16  11/25/07                                    Lawrence Birk
17      DATE                              SIGNATURE OF APPLICANT

See Green Form, No Warden approval or APA) Admin. Procedure Act-rules This.

Date: November 25, 2007

To United State Dist. Court
   for the Northern Dist
   Office Clerk RICHARD W. WIEKING

From: Lawrence Barker, J61876
   High Desert State Prison
   P.O. Box-3030 C1-112
   Susanville California 96127

Subject: HDSP Trust Office Clerk is
   allow to make those own Rules and
   Procedures, Regarding the information
   on Informa Pauperis status)

CASN NO: C 07-5647 SBA (PR)

Dear Clerk RICHARD W. WIEKING, I receive the Documents from your office, and instruction for this state prisoner to proceed informa pauperis Application and certification Sheet for HDSP Authority personnel to sign certification Sheet, But that information is completely intentionally being held, Because of prison under ground rules and Procedures is allow to interfer with this state Prisoner litigation. I attempt to obtain the necessary inmate on inmate request form, with attached certification Sheet and Application Informa pauperis, which

STATE OF CALIFORNIA　　　　　　　　　　　　　　　　　　　　　　DEPARTMEN'
CDC - 193 (1/88)

# TRUST ACCOUNT WITHDRAWAL ORDER

Date _____

To: Warden　　　　　　　　Approved _____

I hereby request that my Trust Account be charged $ _____ for the purpose stated below the withdrawal of that sum from my account:

_____　　_____
　　　　　　　NUMBER　　　　　　　　　　　　　　　NAME (Signature please, DO NOT PRI

State below the PURPOSE for which withdrawal is requested　　PRINT PLAINLY BELOW name and ad(
(do not use this form for Canteen or Hobby purchase).　　　　to whom check is to be mailed.

PURPOSE _____　　NAME _____

_____　　ADDRESS _____

_____　　_____

_____　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　PRINT YOUR FULL NAME HER

*[Handwritten margin note: Which was return back to me, Please see Green form and Attached documents... An Court order is needed.]*

# TRUST STATEMENT CERTIFICATION
## RETURN TO INMATE

Date Returned: 11/20/07

INMATE: __BIRKS,__   CDC#: __J61976__   HOUSED: __C/ 112__

Your paperwork for a Certified Statement is being returned. Please follow the institutional procedures listed below for the proper processing of your certification:

1. Submit your Certification Form and any other attachments to the **Mail Room** with a self-addressed stamped envelope to the proper court for processing/mailing.

2. The Mail Room will forward the Certification Form to the Trust Office for completion.

3. The Trust Office will return the completed Certification Form to the Mail Room.

4. The Mail Room will then log your legal mail on your Legal Card and mail out.

This ensures proper processing and mailing of your legal material.

Thank you.

INMATE TRUST OFFICE

*(Attached certification form to this Request)*

# INMATE REQUEST FOR INTERVIEW

STATE OF CALIFORNIA
GA-22 (9/92)
DEPARTMENT OF CORRECTIONS

DATE: 11/18/07
TO: HDSP – Trust Account Supervisor
FROM (LAST NAME): BIRKS
CDC NUMBER: J41976

HOUSING: C1
BED NUMBER: 112
WORK ASSIGNMENT: UNASSIGN
JOB NUMBER FROM/TO: X
ASSIGNMENT HOURS FROM/TO: X

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.): None

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Requesting an adequate prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account. Also sign the attached form pgs for the authorized officer of the institution. Please respond asap /s/ T. Birks

DATE:

INTERVIEWED BY:

DISPOSITION: