HIGH DESERT STATE PRISON
NAME: Lawrence Dirks
CDC#: J11976  BED: C-112
PO BOX 3030 SUSANVILLE CA 96127

C1

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
RICHARD W. WIEKING
P.O. BOX 36060
SAN FRANCISCO CALIFORNIA
94102