Date: December 4, 2007

To: U.S. District Court Clerk
450 Golden Gate Ave
P.O. Box-36060
San Francisco California 94102-9680

FILED

07 DEC 10 PM 1:44

RICHARD W. WIEKING
CLERK, US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE C07 5647 SBA

From: Lawrence Birks. J61976
HDSP
P.O. Box- 3030, C1.112
Susanville California 96127

Subject  HDSP Trust office Staff still refuse to
Sign court Certification funds In prisoners
Account, but receive trust statement

Dear Office Clerk, Due to the series of Reprisal Acts
taken against Plaintiff, and unsupervised Staffs
at HDSP, The necessary information is being
Denied to me, inwhich an court order is
needed to Be forward to HDSP Trust office
Supervisor for the following officials signature
and any other kind of information Toward
Processing the Civil action, Please seek
Judicial intervention and Order HDSP officials
Trust office to comply to an Court order!

Thos L. Birks

1
2                                                     Case Number: _L 07- 5647 SBA_
3                                                                       _(PR)_
4
5
6
7
8                            **CERTIFICATE OF FUNDS**
9                                      **IN**
10                          **PRISONER'S ACCOUNT**
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13    statement showing transactions of _LAWRENCE  BIRKS_ for the last six months
14    _HIGH DESERT STATE PRISON_  [prisoner name]  where (s)he is confined.
                                  [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16    most recent 6-month period were $ ____Ø____ and the average balance in the prisoner's
17    account each month for the most recent 6-month period was $ ____Ø____.
18
19    Dated: _____          _____
20                                      [Authorized officer of the institution]
21
22
23
24
25
26
27
28

CALIFORNIA DEPARTMENT OF CORRECTIONS
HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU DEC. 03, 2007

ACCOUNT NUMBER : J61976
ACCOUNT NAME   : BIRKS, LAWRENCE
PRIVILEGE GROUP: A

BED/CELL NUMBER: FCB1T1000000112L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 08/13/2007 | H110 | COPIES HOLD | 0653COPIES | 0.30 |
| 09/19/2007 | H110 | COPIES HOLD | 1229 COPY | 0.20 |
| 09/19/2007 | H110 | COPIES HOLD | 1229 COPY | 0.70 |
| 09/19/2007 | H110 | COPIES HOLD | 1229 COPY | 0.10 |
| 10/23/2007 | H110 | COPIES HOLD | 1822COPIES | 0.30 |
| 11/05/2007 | H109 | LEGAL POSTAGE HOLD | 2081 10/30 | 1.14 |
| 11/05/2007 | H109 | LEGAL POSTAGE HOLD | 2081 10/30 | 0.39 |
| 11/05/2007 | H109 | LEGAL POSTAGE HOLD | 2083 10/31 | 0.75 |
| 11/14/2007 | H118 | LEGAL COPIES HOLD | 2083 10/31 | 0.30 |
| 11/14/2007 | H118 | LEGAL COPIES HOLD | 2182 10/30 | 4.64 |
| 11/14/2007 | H109 | LEGAL POSTAGE HOLD | 2182 10/30 | 3.00 |
| 11/14/2007 | H109 | LEGAL POSTAGE HOLD | 2197 11/01 | 2.67 |
| 11/14/2007 | H109 | LEGAL POSTAGE HOLD | 2197 11/01 | 2.67 |
| 11/14/2007 | H109 | LEGAL POSTAGE HOLD | 2197 11/01 | 2.33 |
| 11/14/2007 | H109 | LEGAL POSTAGE HOLD | 2197 11/01 | 2.16 |
| 11/28/2007 | H109 | LEGAL POSTAGE HOLD | 2197 11/01 | 4.90 |
| 11/28/2007 | H109 | LEGAL POSTAGE HOLD | 2197 11/01 | 2.84 |
| 11/28/2007 | H109 | LEGAL POSTAGE HOLD | 2320 11/20 | 2.50 |
| 11/28/2007 | H109 | LEGAL POSTAGE HOLD | 2320 11/20 | 2.50 |
| 11/28/2007 | H109 | LEGAL POSTAGE HOLD | 2321 11/02 | 0.30 |
| 11/28/2007 | H109 | LEGAL POSTAGE HOLD | 2329 11/07 | 0.17 |
| 11/29/2007 | H109 | LEGAL POSTAGE HOLD | 2329 11/07 | 2.84 |
| 11/29/2007 | H109 | LEGAL POSTAGE HOLD | 2329 11/07 | 2.67 |
|  |  |  | 2336 11/14 | 1.14 |
|  |  |  | 2337 11/19 | 2.84 |
|  |  |  | 2337 11/19 | 1.65 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 46.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-------------
46.00-
-------------