HIGH DESERT STATE PRISON
NAME: Lawrence Birks
CDC#: J10916 BED: C1-112
PO BOX 3030 SUSANVILLE CA 96127 STATE PRISON

CONFIDENTIAL MAIL

049J82043358
$00.41⁰
12/05/2007
Mailed From 96127
US POSTAGE

UNITED STATES DISTRICT COURT NORTHERN
OFFICE OF THE CLERK
450 GOLDEN GATE AVE
P.O. BOX - 36060
SAN FRANCISCO CALIFORNIA 94102-9680