Lawrence Birks, J61976
High Desert State Prison
P.O. Box 3030-C1.112
Susanville California 96127

FILED
08 JAN -2 PM 3:47
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pro Se;

In The United States District Court
And For The Northern District of California

LAWRENCE BIRKS,
    Plaintiff,

  —vs—

ROBERT SANTOS,

    Defendant

CASE NO: CIV-07-5647 SBA

MOTION FOR AN COURT ORDER FOR HIGH DESERT STATE PRISON TO HONOR PLAINTIFF LEGAL DOCUMENTS CONFIDENTIAL AND NOT BE DISCLOSURE TO UNATHORIZED PERSON:

To the above Court Clerk, and Magistrate / and Senior Judge, and Attorney General Jennifer G. Perkell, Due to an Series of inst. reprisal Acts, HDSP Warden D.L. Runnels, has allow his officials and Employees to use series of reprisal Acts against Plaintiff. Where Confidential and private Rights of the above cases, is allow to be share with HDSP officials, and LTA) Mrs Cobbs AKA D. Simpson, is allow to use inmate to Copy all Confidential Legal and Personal information, which by State/federal and Calif. Dept of Corrections Title 15. rules and Regulation 3141(c)5)6)— rules allowing prisoners to have Confidential Correspondence with governments. Serve to protect the rights to petition the government for redress grievances: Cruz v. Beto (1972) 405 US. 319, 322 (92 S.Ct. 1679, 31 L.Ed. 2d 631. O'keefe v. Van Boening (9th Cir. 1996) 82 F.3d 222.

-1-

STATE OF CALIFORNIA
CDC 7225 (1/92)

DEPARTMENT OF CORRECTIONS

# REFUSAL OF EXAMINATION AND / OR TREATMENT

| PATIENT'S NAME (TYPE OR PRINT CLEARLY) | CDC NUMBER | INSTITUTION |
|---|---|---|
| BIRKS | J-61976 | 4B1R-32 CSP CORCORAN |

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections, the staff of the medical department and the institution free of any responsibility for injury or complications whatever that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused: REFUSED PM DOSE OF BENADRYL - 50 mg.

| SIGNATURE OF PATIENT | DATE | | DATE |
|---|---|---|---|
| X | | ☒ PATIENT REFUSES TO SIGN | 2-14-97 |

**WITNESS**

| PRINT / TYPE NAME OF WITNESS | | PRINT / TYPE NAME OF WITNESS | |
|---|---|---|---|
| ROBLETE, J. | | C/O TENZEL | |
| **SIGNATURE OF WITNESS** | **DATE** | **SIGNATURE OF WITNESS** | **DATE** |
| [signature], MD | 2-14-97 | [signature] | 2-14-97 |

DIST:
ORIG - FILE
COPY - INMATE

In re Gonzales, 1987) 213 Cal. App. 3d 268. [127 Cal. Rptr. 498] In re Jordan, 12 CA 3rd 575 1974).

Plaintiff is pleading with the court magistrate and senior judge to order HDSP warden D.L. Runnels, to supervise his officials and employees C-facility Law Librarian (LTA) Mrs Cobbs_AKA_ D. Simpson, and HDSP President of Education, in which he controls C-facility Law Library, to assign a designated staff, approve by HDSP warden, to make the necessary copies of legal documents/confidential, for the Court and the Attorney General and the defendant of Plaintiff litigation this civil action.

Plaintiff is force to remain on C-facility 180 design Level IV. maximum security, since 2004, and been an 270 Centeria. But Prison Custody and C-facility Counsel J. Owens, has allow Plaintiff to remains Close B. Custody on a 180 design facility, Double restriction facility, for the conviction of 2nd degree Commercial Burglary, non-violent, or priors conviction 1980/1987, and I been incarcerated in Calif. Dept. of Correction for twelve years and still on Close B custody. See People v. Birks, 19 Cal. 4th 108, 77 Cal. Rptr 2d 848 P2 1998) In which, HDSP officials/employees is praying for Plaintiff to get in conflicts, in order to justify the cruel barbaric punishment and denial of Adequate medical/mental Health Care, civil case Civ-S-05-0105. LKK EFB; No Escape, No Management Concerns_etc.etc_During trouble times)

Privacy Rights_Whalen v. Roe, 429 US. 589 97 S.Ct. 869 51 L.Ed 2d 64 1977) Calif. Records Acts, Chapter 35 § 6250. Title 7 of Div. 10. of the Government Code, Added by Stats. 1988. c) 885 c) 137 § 2. Amended by Stats. 1989, c) 624 § 1, Stats 1986, c) 885, A.B. 2328. § 1, Stats 1977 c) 100 (AB. 566 § 1, § 2, Amended by Stats 1989 c). 621, Unreasonable restriction In Ruiz v. Estelle, 103 S.Ct. 1438, Hewitt v. Helms 103 S.Ct. 868

-2-

STATE OF CALIFORNIA
CDC 7231-A (Rev. 11/02)                                                                       DEPARTMENT OF CORRECTIONS

**OUTPATIENT MEDICATION ADMINISTRATION RECORD (Continued from reverse)**

Documentation of PRN, no show, or refusal of medication. (Date, Time, Medication, Dose & Reason, Signature.)

12/4/03 (3W) No show — [signature]

Plaintiff Constitutional Rights is being clearly violated by HDSP_ D.L. Runnels, Allowing C-facility Custody L.t. and officials and Librarian Mrs Cobbs, AKA. D. Simpson, to hinder Plaintiff Access to Prison Law Library and receive adequate Legal materials and copies of Legal documents for the court and (defendant) and the Attorney General office, Violation of Injunctive relief. In re Ruiz v. Estelle, 679 F.2d 115 (5th Cir 1982) _ 460 U.S. 1042 103 S.Ct 1438, 76 L.Ed. 2d 795 (1983).

Rights of Prisoners_ basis principle is repeated in Wolff V. McDonnell, (1974) 418 U.S. 539 555 [94 S.Ct. 2963] 41 L.Ed 2d. 935] Unreasonable (LTA) who use bogus restriction upon inmates is a Violation In re Ruiz V. Estelle, 503 F. Supp. 1265). Also Hepatitis C Virus in 1995 Corcoran. SUSP. HDSP_2002. Still no medication)
HDSP Warden D.L. Runnels, is Allowing C-facility Librarian(LTA) Mrs Cobbs AKA. D. Simpson, to provoke Conflicts, and use underground restriction inst rule Dom_ 53060, on indigent inmates litigation, She only allow 1) Two Legal Envelopes, 2) Two Sets of Legal documents to be copy 3) Twenty five Sheets of Yellow paper for motion, brief. etc etc. And no ducat issue, inmate on Stand by for Access to prison Law Library. All all Legal documents is copy by inmate clerk. _ Prison Law Library Employee will not honor inmates Confidential/privacy Rights or indigent status _ see Procunier V. Martinez, 416 U.S. 396. Bell V. Wolffish, 99 S.Ct. 1861, Bound V. Smith., 430 U.S. 817, 821, 97 S.Ct. 1491 1494 52 L.Ed. 2d 72 1977) Toussaint V. McCarthy, 801 F.2d 1080, 1110 (9th Cir., 1986)

Date: December 30, 2007    Signature: Lawrence Birks

-3-

STATE OF CALIFORNIA  
CDC 7231-A (Rev. 11/02)

DEPARTMENT OF CORRECTIONS

**OUTPATIENT MEDICATION ADMINISTRATION RECORD (Continued from reverse)**

Documentation of PRN, no show, or refusal of medication. (Date, Time, Medication, Dose & Reason, Signature.)

9-23  No show PM pill line — [signature]