IN THE UNITED STATES DISTRICT COURT
AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

08 JAN -2 PM 3:47

LAWRENCE BIRKS,
    Plaintiff

CASE NO: CIV-07-5647-SBA (PR)

— vs —

**Proof of Service**

ROBERT SANTOS,
    Defendant.

_____

I hereby certify that on _____ 2007, I served a copy of the attached legal documents THIRTEEN PAGE MOTION TO FILE All LEGAL DOCUMENTS TO CIVIL ACTION IN EXHIBIT A, AND B, RULE 5-133A, AND Allow CIVIL ACTION TO PROCEED IN THE ABOVE COURT AGAINST DEFENDANT: IN EXHIBIT-A "77") SEVENTY-SEVEN LEGAL DOCUMENTS IN EXHIBIT-B 37") THIRTY-SEVEN LEGAL DOCUMENTS! By placing a copy in a postage paid envelope addressed to person(s) and the above court hereinafter listed. By depositing said envelope in the United States mail at HDSP, unit C1-C/O. 3rd Watch pickup mail. Sign, and routed to HDSP Mail room Staff, who will process mail to parties:

| | | |
|---|---|---|
| United State District Court | Jennifer G. Perkell | James A. Skidmore II |
| office of the Clerk | Deputy Attorney General | Attorney At Law |
| 450 Golden Gate Avenue | Department of Justice | 560 North Arrowhead Ave 5 B |
| P.O. Box 36060 | 455 Golden Gate Ave. Ste. 11000 | San Bernardino California |
| San Francisco California | San Francisco California | 92401 |
| 94102-9680 | 94102 | |

(third column struck through with X)

I declare under penalty of perjury that the foregoing statement is true and correct: See Three page Motion for an court order-12-30-07.
Date: Dec 30 2007         Signature: Lawrence Birks