United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE L. B. BIRKS,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT SANTOS,<br><br>    Defendant.<br>_____ / | No. C 07-05647 SBA (PR)<br><br>**ORDER REGARDING *IN FORMA PAUPERIS* MOTION** |

    Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application. Plaintiff filed a completed IFP application; however, Plaintiff did not file copies of the Certificate of Funds and prisoner trust account statement.

    Ordinarily, a plaintiff is permitted to file a civil action in federal court without prepayment of fees or security if he submits an affidavit that he is unable to pay such fees or give security therefor. See 28 U.S.C. § 1915(a). If the plaintiff is a prisoner who alleges that he is unable to pay the full filing fee at the time of filing, he must submit: (1) an affidavit that includes a statement of all assets he possesses, and (2) a certified copy of the trust fund account statement for the prisoner for the six-month period immediately preceding the filing of the action, obtained from the appropriate official of each prison at which the prisoner is or was confined. See id. § 1915(a)(1), (2). If the court determines that the plaintiff is unable to pay the full filing fee at the time of filing, the plaintiff will

1 be granted leave to proceed IFP. This means that the filing fee must be paid by way of an
2 installment plan, according to which the court first will assess and collect a partial filing fee from the
3 prisoner, and then the prisoner will be required to make monthly payments of twenty percent of the
4 preceding month's income credited to Plaintiff's account until the full $350.00 filing fee is paid. <u>Id.</u>
5 § 1915(b)(1). The agency having custody of the prisoner is responsible for forwarding to the court
6 payments from Plaintiff's account each time the amount in the account exceeds ten dollars. <u>See id.</u>

7     Therefore, before the Court will proceed to review the complaint Plaintiff is hereby
8 ORDERED to file copies of the Certificate of Funds and prisoner trust account statement. Plaintiff
9 shall do so within **thirty (30) days** of the date of this Order.

10     **Failure to file copies of Plaintiff's Certificate of Funds and prisoner trust account**
11 **statement as ordered herein by the thirty-day deadline shall result in the dismissal of this**
12 **action without prejudice.**

13     IT IS SO ORDERED.

14 DATED: 3/13/08

                      _Saundra B Armstrong_
15                       SAUNDRA BROWN ARMSTRONG
                      United States District Judge

16
17
18
19
20
21
22
23
24
25
26
27
28

P:\PRO-SE\SBA\CR.07\Birks5647.IFPDocs.wpd 2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE BIRKS,

        Plaintiff,

v.

ROBERT SANTOS et al,

        Defendant.

Case Number: CV07-05647 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence L.B. Birks J61976
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: March 14, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Birks5647.IFPDocs.wpd 3