1  Lawrence Birks, J661976
2  California State Prison_ Sac. EOP.
3  P.O. Box_ 290066_FB_7_113²
4  Represae California_95671_0066

5

6  Pro_Se;

7

8  IN THE UNITED STATE DISTRICT COURT
9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  LAWRENCE BIRKS,                    NO. C07_05647 SBA (PR)
12          Plaintiff.
                              REPRISAL ACTS TAKEN
13                            AGAINST PLAINTIFF:
14      _vs_

15                            COURT CLERK DID NOT SEND(IFP)
16  ROBERT SANTOS.            APPLICATION:
17          Defendant            /

18  _____

19      Plaintiff. is a State Prisoner, filed his pro_se. Civil rights
20  action 42 U.S.C. § 1983;  Against defendant without counsel;  ON
21  March 24, 2008. 3rd watch . at CSP_ Sacramento, B-facility, Plaintiff
22  receive an Two page motion, from Dist. Ct. Judge SAUNDRA BROWN
23  ARMSTRONG; Ordering the Certificate of funds and Prisoner trust
24  account Statement. by authorized Prison official Verification.
25      On March 11, 2008, Plaintiff was Transfer to this CSP_ Sacramento
26  EOP_ from HDSP; in which an Series of Staff reprisal acts was allow
27  against Plaintiff, where legal mail was intentionally held, and regular
28

MAR 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

~1~

mail was also not forward to HDSP mail room to be process out.

Plaintiff had forward to the Courts the requested Legal documents, in January/2008, and July/August 2007. 3rd watch c/o Nichhols and 2nd watch c/o williams and wthillow, seems to have an personal interest in Plaintiff Legal mail, and destorying Personal Property. Because of Plaintiff Exercising a first Amendment Rights. On Small Claims Property SC 45525 lassen County Superior Court, wrongful Confiscation and Disposal, by under ground inst. Policys c/c-status-55015-14. Calif. Chief Appeal Dir. McGRANNIS, order HDSP warden/officials to make inmate "WHOLE", inappropriate Policy. HDSP D16-0545, 1 OS13180.

Plaintiff had mail the Court the Certificate of funds with Prisoner trust Account Statement. while incarcerated at HDSP. And do to series of reprisal Acts. mail, food Contaminated, Denied Quarterly Package from family members, Adequate Access to Prison Law library was denied as Plu status!

On March 10, 2008, 2nd watch HDSP C/o. williams, Pack Legal/Personal Property, for Transfer to CSP-Sacramento-EOP, And Plaintiff was not allow to View Packing, where I contested. HDSP R&R staff was suppose to inventory and Box all Personal/Legal Property, and not unit c/o.

Plaintiff, was transfer to CSP-Sacramento-EOP, on March 11, 2008, And had made several request to HDSP-Committee Capt VANDERVILLE, Counselor J. OWENS, Associate Warden Wong, and TDTY Committee, prior to the above date in Jan/22, 2008, for EOP Vacaville medical inst. is where Plaintiff belong, treated Twice/medical mental Health Care lawrence Birks, C18493 AKA Earl washington D60273 S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 order Social Security Judge Stucky, Now Calif. Three Strikes life sentence prevent return to Vacaville inst. to treat Hepatitis C Virus and other serious Medical problems Series of Reprisal Acts is continue, Case Cit-S-05-01105-LKK E-B P. Eastern Dist. Ct. Robert Santos Civ-01473 LKK DAD Eastern Dist. Ct. This ct. Clerk didnot sent Plaintiff IFP Application. (No Adequate EoP Therapy or program @ CSP-Sac)

Date: March 25, 2008,    Signature: Lawrence Birks DMo-Sec

-2-