Lawrence Bivins, J16916
California State Prison - Sacramento
P.O. Box 290066 FB7.113L
Represa California 95671-0066

Office of The Clerk
U.S. District Court
Northern District of California
1301 Clay St. Suite 400s
Oakland California 94612-5212

"LEGAL MAIL"