**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

FILED
MAR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

LAWRENCE BIRKS,
  Plaintiff,

CASE NO: C07-05647 SBA (PR)

— vs —

ROBERT SANTOS.
  Defendant.

**Proof of Service**

I hereby certify that on MARCH 25, 2008, I served a copy of the attached: TWO PAGE MOTION - REPRISAL ACTS TAKEN AGAINST PLAINTIFF: By placing a copy in a postage paid envelope addressed to the Court and person(s) hereinafter listed; By depositing said envelope in the unit C/o. First Watch; who will route mail to CSR Sacramento mail room process out to parties:

Office of the Clerk
U.S. District Court
Northern District of California
1301 Clay St. Suite 400S
Oakland CA. 94612-5212

Prison Law Office
Attorney At Law
Donald Spector Dir
General Delivery
San Quentin California 94964-0001

I declare under penalty of perjury, that the foregoing is true and correct:

Signature: _Lawrence Birks_ — pro-se;