1. Lawrence Birks, J61916
2. CSP-Sac-EOP.
3. FB7-113C
4. P.O. Box-2900066
5. Represa California- 95671-0066

6. Pro_se

7.

FILED
MAY 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8.      IN THE UNITED STATES DISTRICT COURT
9.      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10.

11. LAWRENCE BIRKS                       CASE NO: C-07-05647 SBA(PR)
12.           Plaintiff
13.
                                         MOTION FOR THE COURT
14.       VS                             CONSOLIDATE CIVIL CASE
15.
16. ROBERT SANTOS.                       WITH CASE CIV.S-07-1473 LKK
                                                                    DAD
17.           Defendant.
18. _____

19.       Plaintiff, a state prisoner, file pro se civil rights action
20. under 42.U.S.C. §1983.
21.       On March 11, 2008, first watch 6:00am HDSP, Plaintiff was,
22. Been cruelly Transfer to CSP-Sac-EOP- water down, Mental
23. Health program, And Nonething but series of reprisal Acts
24. been allow upon Plaintiff by certain Medical/mental Health
25. Staff and Clos
26.       On March 25, 2008, 2nd watch, Plaintiff file an Two page
27. motion, explaining the vicious Cruel transfer to this CSP-Sac-
28.

1

1. EOP_ FB-1134. "Excruciating Pains, Physically and Emotionally,
2. as another form of Punishment has been allow me to Suffer
3. and denied Adequate Transfer to Calef-Vacaville Medical/mental
4. Health Inst to treal Serious Medical Issues; In which the
5. Court has not respond to Plaintiff motion. Also Plaintiff
6. is requesting this Court to Consolidate case Civ.S-07-1473
7. LKK DAD with Case (07-05647 SBA PR) as one Controling
8. Case?_Local Rules 3-120 — 81-190
9. 
10.     Eastern Dist. Ct. Judge DALE A DROZD was inform of
11. Consolidation of both Cases; But has also Not respond to
12. Several motions file prior to being transfer to CSP-Sac-EOP
13. and while being here;_ See case _on Constitution Duty of
14. Agency In Bridges v. wixon 326 US 135, 152-153. 66 SCt 1443 1457 H52 (L ed 2 10)
15.     Plaintiff been Denied Adequate Access to Prison Law
16. Library, for Legal Supply, Copies, and research_ Also 2nd
17. 4B_Shot force upon Plaintiff within 43 day of 3-11-08.
18. 
19.     Requesting a respond to all motions filed prior to
20. March 13, 2008 and after?

Date MAY 4 2008              Signature Lawrence Bates