UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE BIRKS
_____
       Plaintiff

CASE C-07-05647 SBA PR

vs

ROBERT SANTOS
     Defendant

PROOF OF SERVICE

FILED
MAY 12 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I hereby certify that on MAY 4 2008, I served a copy of attached document, TWO PAGE MOTION FOR THE COURT TO CONSOLIDATE CIVIL CASE WITH CASE C7VS-07-1473 LKK DAD: By placing copy in a postage paid envelope addressed to the Court and the person(s) hereinafter listed, by depositing said envelope to first watch c/o. FB7-113, who will route mail to unit mail box, after sign envelope flap:

US District Court
450 Golden Gate ave
P.O. Box-36060
San Francisco California 94103-9680

Rosen Bien & Galvan LLP
Attorney At Law
Michael W Bien
P.O. Box-390
San Francisco California 94104

I declare under penalty of perjury, that the foregoing is true and correct.

Signature: Lawrence Birks




NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

Lawrence Birks, Jrlg/16
~~ESP-SAC-EOP~~
~~EP7-6134~~
~~P.O. Box-7900066~~
~~Represa California 95617-0066~~

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

"CONFIDENTIAL MAIL"