1  LAWRENCE BIRKS,
2  CSP-SAC-EOP ???
   FB7-113L
3  P.O. Box 290066
4  Represa California — 95671-0066

5

6  Pro-Se:

7

8           IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  LAWRENCE BIRKS,                    NO: C 07-05647 SBA (PR)
12         Plaintiff,
13                                     MOTION FOR THE COURT TO ORDER
                                       PRISON OFFICIALS TRUST OFFICE
14    ─VS─                             TO RELEASE PRISONER TRUST
15                                     ACCOUNT STATEMENT AND COPIES
16  ROBERT SANTOS,                     OF CERTIFICATE OF FUNDS AND
                                       SIGN BY DESIGNATED STAFF.
17         Defendant.
18  _____/

19
20      Plaintiff is a state prisoner, filed his pro se civil right action
21  under 42 U.S.C. §1983. Against the above Defendant, In Motion
22  order from the above Court Judge : SANDRA BROWN ARM-
23  STRONG, May 8, 2008, granting Plaintiff extension of time to
24  obtain an file copies of the certificate of funds and prisoner
25  trust account statement and verify by prison trust office
26  designated staff. In which the Court is aware of the series
27  of reprisal/retaliation acts inflicted upon Plaintiff "Only"
28

                              -/-

FILED
JUN - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

NAME and NUMBER   WASHINGTON, EARL   D-60273                JULY 30, 1990            CDC-128-C

RECOMMEND TRANSFER TO A CDC MEDICAL FACILITY- CMC-E OR CMF ON ACCOUNT OF ASHD, CORONARY INSUFFICIENCY AND ANGINA WHICH DOES NOT RESPOND TO CONSERVATIVE, EXPECTANT TREATMENT. ALSO AFFECTED WITH SEIZURE DISORDER.

*MC NAMARA, M.D., CIM-E MEDICAL CLINIC*

---

DATE JULY 30, 1990                                                       MEDICAL—PSYCHIATRIC—DENTAL

NAME and NUMBER   WASHINGTON, EARL   D-60273                                   CDC-128-C

THIS INMATE HAS HISTORY OF SEIZURE, PUD, CHEST PAIN (ANGINA) WITH ABNORMAL EKG. I RECOMMEND HE BE TRANSFERRED TO CIM MINIMUM FOR CLOSE OBSERVATION, PENDING CUSTODY APPROVAL.

C FILE
MED. FILE
C&PR
CC II - RCC
CC I
CHRONO FILE

*F. FULLARA, M.D., CHIEF MEDICAL OFFICER*

---

DATE 7-25-90   WASHINGTON   D-60273   CIM/bc                 MEDICAL—PSYCHIATRIC—DENTAL

DUTY STATUS CHRONO:   TO: CENTRAL FILE via ASSIGNMENT OFFICE
NAME AND NUMBER
WASHINGTON, EARL   D-60273            Ht:___ Wt:___          066

Subject examined this date and found capable of:

Full duty and camp         ☐
Full duty no camp          ☐   because of _____
Full duty no camp
  with medical restriction ☐   _____
  convulsive disorder      ☐   avoid driving, machinery, and working at heights

Light restricted duty      ☐   Limitations _____

Medically Unassigned       ☐   because of _____
                               _____

Cleared to work in culinary, pending lab. and x-ray. .... Yes or No
Physician & Surgeon, CIM_____

DATE JUN 29 1987                                             MEDICAL – PSYCHIATRIC – DENTAL



MEDICAL SCIENCE INSTITUTE
811 South San Fernando Blvd., Burbank, CA 91502
(800) 666-4074 • (818) 846-4074 • FAX (818) 846-9658 or (818) 846-0980

Medical Director: O.D. STINSON, M.D. and Associates

| PATIENT NAME | AGE | SEX | ACCOUNT NUMBER | REFERRING PHYSICIAN | SPEC. ACCESSION |
|---|---|---|---|---|---|
| BIRKS, J61976 | | M | 8800S | MC KILLOP | 8087 |

| PATIENT I.D. | TIME COLLECTED | DATE COLLECTED | DATE RECEIVED | DATE REPORTED | REPORT STATUS |
|---|---|---|---|---|---|
| J61976 | | NO DATE | 03/23/96 | 03/24/96 | PREL |

DOB:
RM: 3A

| TEST | RESULT | OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| ACP SCR PNL | | | | |
| HEPATITIS A TOTAL | | | | |
| HEPATITIS A TOTAL ANTIBODY | NEGATIVE | | | NEGATIVE |

Effective immediately Hepatitis A (IgG) test is no longer
available. Please substitute with Hepatitis A Total Antibody.
Hepatitis A Total Antibody will Reflex a Hepatitis A IgM if
Positive. This will provide the same or more information as
Hepatitis A IgG alone. Order MSI Test code 96760. If you need
additional information Please contact MSI Laboratories.

| HEPATITIS A ANTIBODY (IgM) | NEGATIVE | | | NEGATIVE |
|---|---|---|---|---|
| HEPATITIS B SURFACE AG | NEGATIVE | | | NEGATIVE |
| HEPATITIS B SURFACE AB | NEGATIVE | | | NEGATIVE |

LIMITATIONS: Presence of HBsAb is not an absolute indicator of
resolved hepatitis infection, nor of protection from future infections.
Since there are different serologic subtypes of hepatitis B virus, it
is possible for a patient to have antibody to one surface antigen type
and be acutely infected with virus of a different subtype. Thus, a
patient may have coexisting HBsAg and HBsAb. Transfused individuals or
hemophiliacs receiving plasma components may give false positive tests
for antibody hepatitis B surface antigen. Individuals vaccinated with
HBV vaccine will have antibodies to the surface protein.

| HEPATITIS B CORE AB | NEGATIVE | | | NEGATIVE |
|---|---|---|---|---|
| HEPATITIS C ANTIBODY | | POSITIVE | | NEGATIVE |
| HERPES SIMPLEX AB TYPE 1 (IgG/IgM) | PENDING | | | |
| HERPES SIMPLEX AB TYPE 2 (IgG/IgM) | PENDING | | | |

****************************OUT OF RANGE SUMMARY********************************

| * TEST CODE NAME | RESULT | FLAG | REFERENCE RANGE |
|---|---|---|---|
| * HEPATITIS C ANTIBODY | POSITIVE | ABN | NEGATIVE |

*********************************************************************************

PARTIAL REPORT - FINAL TO FOLLOW

PSALM 23

# CALIFORNIA STATE PRISON - CORCORAN

## RADIOLOGY REPORT

(3)

---

Name: BIRKS   Number: J61976   Date: 10/16/96

Exam Requested: LUMBAR SPINE   Housing: 3B04-138U   Doctor: DANG

History: BACK PAIN.

---

**LUMBAR SPINE:**

Examination demonstrates mild osteophyte formation anteriorly involving the lower four lumbar vertebral bodies. No fracture is depicted. The interspace is mildly narrowed at the L5-S1 level. No pars interarticularis defects are identified. The pedicles are intact. The SI joints are open.

**IMPRESSION:**   1.   Mild degenerative change at L5-S1.

2.   No fracture or dislocation.

10/25/96

10/18/96 dac                                         Thomas W. Maclennan, M.D. DABR

QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
**BIRKS, LAWRENCE**

REPORT STATUS **Final**

DOB: 08/04/1953   Age: 53
GENDER: M

ORDERING PHYSICIAN
**DAVID**

CLIENT INFORMATION
6006008
HIGH DESERT STATE PRISON
PO BOX 3030/475-750 RICE CANYO
SUSANVILLE, CA  96127

SPECIMEN INFORMATION
SPECIMEN:      EL2122924
REQUISITION:   60060080013434
LAB REF NO:    C1-112L

ID: J61976

(4)

COLLECTED:  04/30/2007   06:45
RECEIVED:   04/30/2007   23:16
REPORTED:   05/01/2007   08:32

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEP A ANTIBODY-TOTAL/REFLEX IgM | | | | |
|    HEPATITIS A Ab, TOTAL | NON REACTIVE | | NON REACTIVE | SC |
| HEP B SURFACE Ag W/REFLEX CONFIRM | | | | |
|    HEPATITIS B SURFACE Ag | NONREACTIVE | | NONREACTIVE | SC |
| HEP B CORE TOTAL/REFLEX TO HBC IgM | | | | |
|    HEPATITIS B CORE Ab | NONREACTIVE | | NONREACTIVE | SC |
| HEPATITIS B SURFACE Ab | <5.0 | | SEE BELOW mIU/mL | SC |

&gt;=10 mIU/mL = Patient has immunity to Hepatitis B virus
&lt; 10 mIU/mL = Patient does not have immunity to Hepatitis B virus

***NOTE NEW REFERENCE RANGE***

HEPATITIS C Ab
   SIGNAL TO CUT-OFF     27.90     SC

THE PATIENT'S SAMPLE TESTS REACTIVE WITH A HIGH S/CO RATIO: > OR = 8.0. SAMPLES WITH HIGH S/CO RATIOS HAVE BEEN SHOWN TO REPEAT AS POSITIVE USING A DIFFERENT METHODOLOGY 95% OF THE TIME OR GREATER. THEREFORE, ADDITIONAL TESTING FOR VERIFICATION OF THE RESULT IS NOT RECOMMENDED. (CDC MMWR NO. RR-3,2003).

**HEPATITIS C Ab**         **REACTIVE**         NONREACTIVE

---

**Performing Laboratory Information:**

SC   Quest Diagnostics 3714 Northgate Boulevard Sacramento CA  95834 Laboratory Director: Gerald E. Simon, M.D.

BIRKS,LAWRENCE - EL2122924                                   Page 1 - End of Report

Printed by Care360 AutoReceive on 05/01/07 at 09:11am.

st, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. QD20301-NONSTD. Revised 1/04. SC2K - 131572.

14

STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

PATIENT NAME: Birks Lawrence
CDC NUMBER: J61976
INSTITUTION: HDSP
DATE OF BIRTH: 3/4/53
EPRD DATE:
GENDER:
PRINCIPLE DIAGNOSIS: nodule - R testicle
ICD-9 CODE:
CPT CODE(S):
REQUESTED SERVICE(S): US
# OF DAYS RECOMMENDED:

Please circle all that apply: Diagnostic Procedure/Consultation   Outpatient/Inpatient   Initial/Follow-up

Requested Treatment/Service is: EMERGENT   URGENT   **ROUTINE**

For the purpose of retrospective review, if emergent or urgent, please justify:

Proposed Provider:

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____ Anticipated Length of Stay: _____

Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant): (R) testicle 1" firm nodule, mobile, NT, superior to

Estimated time for service delivery, recovery, rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

REQUESTING PHYSICIAN PRINTED NAME: Reid FNP
REQUESTING PHYSICIAN SIGNATURE: Reid FNP
DATE: 5/25/07

APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE
Utilization management tracking #:

DATE OF CONSULTATION:
PRINTED NAME OF CONSULTANT:

FINDINGS:

RECOMMENDATIONS:

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

CONSULTANT SIGNATURE | DATE
ETA RN SIGNATURE | DATE
PCP SIGNATURE | DATE

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Birks Lawrence
J61976

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)    CDC 7243 (Rev. 11/02)

# IMPORTANT INFORMATION ABOUT YOUR DRINKING WATER

Este informe contiene información muy importante sobre su agua potable.
Tradúzcalo o hable con alguien que lo entienda bien.



## High Desert State Prison Has Levels of Arsenic Above the Drinking Water Standard

Our domestic water system recently violated the new drinking water standard for arsenic. Although this is not an emergency, you have a right to know what happened, what you should do, and what we are doing to correct this situation.

### What happened?

The USEPA standard, enacted in January 2006, lowered the maximum contaminant level (MCL) of arsenic from 0.050 milligrams per liter (mg/l) to 0.010 mg/l. We routinely monitor for the presence of drinking water contaminants. Our results indicate the annual averages for our three wells are 0.011 mg/l, 0.018 mg/l, and 0.034 mg/l, which are above the current federal standard.

### What should I do?

- You do not need to use an alternative water supply (e.g., bottled water).

- This is not an emergency. If it had been, you would have been notified immediately. However, *some people who drink water containing arsenic in excess of the MCL over many years may experience skin damage or circulatory system problems, and may have an increased risk to getting cancer.*

- If you have other health issues concerning the consumption of this water, you may wish to consult your doctor.

### What is being done?

The Prison is installing an arsenic treatment plant to comply with the new standard. Completion of the plant is expected sometime between January 2008 and June 2008.

For more information, please call Jeff Stanley, Correctional Plant Manager II -- High Desert State Prison at (530) 251-5051.

*This notice is being distributed by CDCR – High Desert State Prison*



State of California            Department of Corrections

# Memorandum

Date: August 27, 2004

(M)

To: Regional Administrators-Institutions Division
Regional Administrators-Health Care Services Division
Wardens
Health Care Managers

Subject: **HEPATITIS C CLINICAL MANAGEMENT PROGRAM TO BE PLACED IN EACH LAW LIBRARY** ___ (Inmates Must Be 16 mos. to serve Before Becoming Elligible for Hepatitis C Program and Medicine and treatment)

As you are aware, part of the settlement agreement reached in the <u>Plata v. Schwarzenegger</u> litigation is the requirement to place the California Department of Corrections, Inmate Medical Services Program (IMSP), policies and procedures in each institution's law library(s).

In order to ensure inmates have access to all current information, enclosed are copies of the new IMSP Hepatitis C Clinical Management Program. This new material must be added to the existing 2003 version of the IMSP policies and procedures in each of the institution law library(s).

Once this new policy is added to the existing IMSP policies and procedures, each Warden (or designee) is to sign, date, and return the attached "Confirmation of Receipt and Compliance" fax sheet to Institution Services Unit (ISU), at fax number (916) 323-0486. **The addition of the Hepatitis C Clinical Management Program to your law library(s) must be completed and confirmation fax received by Friday, September 10, 2004.**

If you have any questions or concerns, please contact Timothy Shively, Correctional Counselor II, ISU, at (916) 322-7957 or Daniel Merhing, Staff Services Manager II (A), Health Care Services Division, at (916) 327-6910.

CHERYL K. PLILER
Deputy Director
Institutions Division

RENEE KANAN, M.D.
Deputy Director (A)
Health Care Services Division

Attachment

cc: J. S. Woodford     John Dovey     Suzan L. Hubbard
Wendy Still     Frank E. Renwick     W. J. Des Voignes
Kathleen Keeshen     Reynando Accooe     Daniel Merhing
J. Cervantes     Dennis Beaty     Timothy Shively
Ombudsmen's Office     Yulanda Mynhier     Litigation Coordinators

° CDC 1617 (3/89)



# *ALERT !!!*

PATIENT HAS AN OLD DISCHARGED CDC# OF D-60273, UNDER THE NAME OF WASHINGTON, EARL. THIS FILE IS INACTIVE. **PLEASE DO NOT USE THIS FILE. ACTIVE NUMBER ON THIS INMATE IS: J-61976** UNDER THE NAME BIRKS, LAWRENCE.

THANK YOU
MEDICAL RECORDS
SALINAS VALLEY STATE PRISON

• hcspFACTsheet •                                Hepatitis C Support Project • www.hcvadvocate.org

a series of fact sheets written by experts in the field of liver disease

# Hepatitis C
## The Basics

Alan Franciscus, Editor-in-Chief

## Health Tips:
- See your health-care provider for regular **check-ups**. ✗
- Eat a healthy and balanced **diet**. ✗
- **Rest** when you are tired.
- **Exercise** regularly.
- Get the **hepatitis A and hepatitis B vaccines** if you have not already been exposed.
- Avoid or cut down on **alcohol**.
- Be careful when using **over-the-counter drugs** such as Tylenol and ibuprofen. ✗
- Be careful when mixing alcohol, drugs, or herbs.
- Try not to **worry** too much. ✗ *Impossible!*

## What About Treatment?
Most people with HCV lead normal healthy lives and will not need medical treatment. Talk with your doctor about whether you need treatment. The latest combination treatments can get rid of HCV in half or more of the people who take them. Educate yourself and talk to your health-care providers about what you can do to stay healthy.

The medications approved to treat HCV include:

- **Interferon** is a medicine that you inject under the skin to fight HCV.
- **Pegylated Interferon** is a newer type of interferon that lasts longer in the body and works better.
- **Ribavirin** is a pill that helps fight HCV when used with interferon.

*Visit www.hcvadvocate.org for more information about hepatitis C.*

## What is Hepatitis?
Hepatitis means inflammation of the liver. It can be caused by viruses and other factors. There are several different viruses that can cause hepatitis. Hepatitis C is caused by the hepatitis C virus (HCV). It can cause ongoing (chronic) infection. Many people with HCV do not get sick, but some people can develop serous health problems, especially after 10, 20, or 30 years.

## What Are the Symptoms?
Many people with HCV have no symptoms. The most common symptoms include feeling tired (fatigue) and sick to your stomach. Some people say the symptoms feel like they have a mild case of the flu.

## Transmission and Prevention
*HCV is spread mainly by direct blood-to-blood exposure.*
- Don't share needles or works.
- Don't share personal items like razors, nail clippers, toothbrushes, or pierced earrings.
- Make sure tattoo and body piercing equipment is sterilized.
- Cover open sores or wounds.
- Sexual transmission is very uncommon; safer sex—using latex condoms—can reduce the risk.
- A mother can transmit HCV to her baby during pregnancy or birth, but this is uncommon.

### • hcspFACTsheet •
A publication of the Hepatitis C Support Project

**Executive Director**
**Editor-in-Chief, HCSP Publications**
Alan Franciscus

**Medical Editor**
Diana L. Sylvestre, MD

**Design**
Paula Fener

**Production**
C.D. Mazoff, PhD

**Contact information:**
Hepatitis C Support Project
PO Box 427037
San Francisco, CA 94142-7037

alanfranciscus@hcvadvocate.org

*The information in this fact sheet is designed to help you understand and manage HCV and is not intended as medical advice. All persons with HCV should consult a medical practitioner for diagnosis and treatment of HCV.*

*This information is provided by the Hepatitis C Support Project • a nonprofit organization for HCV education, support and advocacy • © 2004 Hepatitis C Support Project • Reprint permission is granted and encouraged with credit to the Hepatitis C Support Project.*

HCSP • VERSION 1.0 • JANUARY 2004

12/23/07
3rd Watch)

**\*\*\* PATIENT PROFILE AS OF 12/23/2007 \*\*\*** (10)
Includes All prescriptions from 6/26/2007
*Discontinued Drugs are Marked with \**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**J61976  BIRKS, LAWRENCE**

===============================================================================

| START | STOP | Refill | DRUG | Sig | DR |
|---|---|---|---|---|---|
| 11/27/2007 | 5/25/2008 | N | HEPATITIS B VAC RECMB 1ML | 1ML IM X1, REPEAT IN 1 MONTH & 6 MONTHS *NA | FRENCH, M. NP |
| 11/27/2007 | 5/25/2008 | N | HEPATITIS A VACCINE 1ML | 1ML IM X1, REPEAT IN 6 MONTHS *NA | FRENCH, M. NP |
| 12/17/2007 | 3/16/2008 | N | MIRTAZAPINE 45MG TABLET | 1 TAB AT BEDTIME *NA | JAHNIG, P. |
| 10/30/2007 | 1/28/2008 | N | INFLUENZA VACCINE 0.5ML | INJECT 0.5ML IM ONCE **NA** | FRENCH, M. NP |
| 7/31/2007 | 1/27/2008 | N | FIBER TABLETS | 1 TABLET 2 TIMES A DAY | DAVID, A. PA |
| 7/31/2007 | 1/27/2008 | Y | SIMVASTATIN 10MG TAB | 1/2 TAB DAILY | DAVID, A. PA |
| 7/31/2007 | 1/27/2008 | Y | ATENOLOL 50MG TABLET | 1 TABLET EVERY DAY | DAVID, A. PA |
| 7/31/2007 | 1/27/2008 | Y | OMEPRAZOLE 20MG CAPSULE | 1 TABLET EVERY DAY | DAVID, A. PA |
| 7/31/2007 | 1/27/2008 | Y | ENALAPRIL 20MG TABLET | 1 TABLET 2 TIMES A DAY | DAVID, A. PA |
| 7/31/2007 | 1/27/2008 | Y | TRIAMTERENE/HCTZ 37.5/25 | 1 TABLET EVERY DAY | DAVID, A. PA |
| 7/9/2007 | 1/5/2008 | N | NAPROXEN 500MG TABLET | 1 TABLET 2 TIMES A DAY W/FOOD | FRENCH, M. NP |

IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE BIRKS,
       Plaintiff,

NO: C07 05647-SBA-(PR)

v.

ROBERT SANTOS,
       Defendant.

PROOF OF SERVICE

I certify, hereby, on June 5, 2008, I served a copy of the attached document: THREE PAGE MOTION FOR THE COURT TO ORDER CSP-SAC PRISON TRUST OFFICE OFFICIALS TO RELEASE PRISONER TRUST ACCOUNT STATEMENT AND COPIES OF CERTIFICATE OF FUNDS SIGN BY STAFF: Also ATTACHED YET MEDICAL DOCUMENTS: By Placing a copy in a Postage paid envelope addressed to the Court and to the persons hereinafter listed, By Depositing said envelope in the United States of California Prison CSP-SAC-FA7-113 Unit 40 hands on 1st watch 11:00pm, Sign and place in mail box.

Office of The Clerk,
U.S. District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland California 94612-5212

I declare under penalty of perjury that the foregoing is true and correct.

signature Lawrence Birks pro-se

