1 Lawrence Birk J61976
2 CSP_Sac_EOP?
3 FBZ 113-
  P.O. Box_29000 06
4 Represa California_95671.0006

5.

6 Pro_Se;

7.

8.        In The United States District Court
9.        For The Northern District of California
10.
11 Lawrence Birks
         Plaintiff
12.
13.
14.   V.
15.
16  Robert Santos,
17.
18.        Defendant.
19. _____

**FILED**

JUN 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

No: C07_05647 SBA (PR)

Motion For Court Intervention
Restraining Order
Preliminary Injunction
Rule (05-231 A)B)_Also
Attached Inmate Trust
Accounts Statement:

20.   Plaintiff, a state Prisoner, filed his pro se civil rights action
21 under 42 U.S.C. § 1983. Against the Above Defendant, the court
22 order Plaintiff to Produce Prisoner trust account statement and
23. Certificate of Prisoner Funds; Thwhich due to unsupervised
24.
25 State Employees, Series of Reprisal Acts has been allow upon
26 Plaintiff, without Just Cause at CSP_Sac_EOP_water down
27 versions. Hate, Disrespect, and Legal documents remove from
28 Cell and None of the many Appeals has been Addressed or

-1-

1. Property, fairly address, CDC-C File Contain Rape, Marijuana Sale, Narcotic (etc.
2.
3.     Plaintiff is attaching one Page trust Account Display
4. Statement, will Clearly Shows what Kind of Attitude and
5. abuse of Authority is allow Upon inmate, CSP-Sac, FB, Staff
6. Allow to treat Plaintiff the way they feel like, regardless of
7. Title 15 3004, Rights and Respect of Others _ 3005 b) in
8.
9. mate must be Courteouly Obey written and verbal, in order
10. which _ Certain CSP-SAC_ EOP FB. Staff do not have to comply
11.
12. with 3391 Employee Conduct, _ (trouble prison)
13.     Plaintiff was intentionally force in this Cruel, vicious
14. unethical water Down Version_ EOP_ where unprofessional
15.
16. Employees is allow to take an Hateful Stand Against this
17. EOP inmate who is Legally Sentence and tremenously Punish
18.
19. For doing what the laws instruct an None violent prisoner.
20. where Murder's violent inmates is being release daily and
21. at Adequate Medical / mental Health prisons with Life Sentence
22. and violent Convict, LWOP NO Long Medical history in Level 1, 2,
23. 3, Professional Adequate Medical /Mental Health Care treat-
24. ment. _ I'm Still Close NB custody after 13 Yrs intent to steal food ?
25.
26.     Therefore, Plaintiff is requesting this Court Judge to
27. use its Power's to Stop this Cruel Treatment and transfer to Adequate
    EOP_ Medical inst. Vacaville Twice house # C18443. Bld 273 EOP !
28. Date June 9 2008     Signature: Lawrence Bill ProSe,

2.

```
TS210B.                 CALIFORNIA DEPARTMENT OF CORRECTIONS
                            ITAS TRUST ACCOUNT DISPLAY

-------------- ACCOUNT INFORMATION -------------- ------ SPECIAL ITEMS -------

ACCOUNT NUMBER:  J61976
   ACCOUNT NAME:  BIRKS, LAWRENCE
   ACCOUNT TYPE:  I
CURRENT BALANCE:        0.00
   HOLD BALANCE:      135.12
ENCUM. BALANCE:        0.00                 ABNORMAL BALANCE
      AVAILABLE:      135.12-
PRIVILEGE GROUP:  A
  LAST CANTEEN:

--------- HOUSING LOCATION ---------     --------- ARRIVAL INFORMATION ----------

       FACILITY:  FOL   C               ARRIVAL DATE:  03/11/2008
BED/CELL NUMBER:  FB7 1 00000013L     ARRIVAL STATUS:  PERM
                                       FROM LOCATION:  HDP
                                     ARRIVAL COMMENT:  **F/FF**

  TS210BA          BEGINNING DATE FOR TRANSACTION DISPLAY:    /  /
Type a starting date, OR press ENTER for all transactions, OR press F5, F6, F8
```

Calf. Supreme Ct. S160792 People v. Birks 19 Cal 4th 108, 77 Cal. Rptr 2d 848 (1998)

Illegal Life Sentence People v. Brady 190 Cal. App. 3d 124 235 Cal. Rptr 248 (Mar. 1987) People v. Ralph Rodriquez No. B165974 Sept 9, 2004, 18 Cal. Rptr. 3d 350.

Defendant Robert Santos, printed inappropriate Misheading information CDC~Corcoran, Susp HDSP, CSP-SAC EOP FB7, is printing false inappropriate information on 128 Chrono 1997, 1998 2001, 2004, had cause Conflicts "RAPE" And enemys! Still allowing false information to be printed use Review Stages in retaine Close A/B Custody After 13 yrs  Also several Letters was File to Dept of Justice Bureau of ID Criminal Records Prior to June 9, 2001 to No Avail; will not Consider Exempt false information Keeping me obtain in Maximum Security Level IV, where more Reprisal Acts and Possible Conflicts? Will Justify intentional Deliberate Indifferent Denied Adequate Professional Medical/mental Health Care, Food, Yard, Law Library and Free From Abuse of Authority!

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Lawrence Birks,
        Plaintiff

CASE NO: C07-05647 SBA (PR)

v.

Robert Santos,
        Defendant.

Proof of Service

I hereby certify that on JUNE 9, 2008. I served a copy of the attached document: TWO PAGE MOTION FOR COURT INTERVENTION RESTRAINING ORDER PRELIMINARY INJUNCTION RULE [05-23] (A)B) AND ATTACH INMATE TRUST STATEMENT: By placing a copy in a postage paid envelope addressed to the court hereinafter listed: By depositing said envelope to unit C/o. first watch 11:00:PM, who route to United States CSP Sacto mail Box.

United States District Court
Office of the Clerk
Northern District of California
1301 Clay Street, Suite 400S
Oakland California 94612 5212 -
I declare under penalty of perjury that the foregoing is true and correct:

                                    signature Lawrence Birks pro se,