Lawrence Burks Ja7916
CSP-SAC-EOP???
B7-132
P.O. Box-290066
Represa California
B5012-0066

"LEGAL-MAIL"

UNITED STATES DISTRICT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, SUITE 400S
OAKLAND, CALIFORNIA 94612-5212

"LEGAL-MAIL"

