Lawrence B. Mas, Tutila
USP Loc - ECP
FDL-1132
P.O. Box 7900066
Represa California 95671-0066

LEGAL - CONFIDENTIAL MAIL



Office of the Clerk
U.S. District Court
Northern District of California
1301 Clay Street, Suite 400s
Oakland California 94612-5212

LEGAL - CONFIDENTIAL MAIL