FILED
JUL - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1. Lawrence Birks, T61976
2. CSP-Sac
   FBT-1134
3. P.O. Box 290066
4. Represa California 95671-0066
5.
6. Pro Se;
7.
8.        UNITED STATES DISTRICT COURT
9.      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10.
11. LAWRENCE BIRKS              CASE NO: C07-05647 SBA PR)
12.      Plaintiff             MOTION TO THE COURT CLERK
13.    vs.                     RICHARD W. WIEKING, for
14.                            an COMPLETE Profile on
15. ROBERT SANTOS              DOCUMENTS SENT TO YOUR COURT
16.    Defendants,             Rule 5-1 33 A) B)2)3)4) C) 1)2)3)
17.
18.
19.    Plaintiff is a state prisoner, in the above action, Request the
20. Court Clerk Richard W. Wieking, for an Complete copies of records
21. of Legal Documents which Been Forward to your Court. Due to
22. the series of Reprisal Acts taken against Plaintiff, Legal docu-
23. ments, motions, make Not had reached the Court? On June 9,
24. 2008, Plaintiff served an Two page Motion for Court Intervention Preli-
25. minary Restraining Injunction Order - Rule 65-231 A)B) And the inmate
26. Trust Statement that CSP-Sac-trust staff Allow." Court has Not respond
27. to the motion or the trust Statement CSP Sac FB-Allow.
28. Date July 6, 2008                    Signature: Lawrence Birks

                          -1-

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA



Lawrence Birks
Plaintiff

CASE NO: C07-05647 SBA PR

vs

Robert Santos
Defendant.

PROOF OF SERVICE

I hereby certify that on July 6, 2008, I served a copy of the attached document ONE PAGE MOTION FOR COURT CLERK RICHARD W. WIEKING FOR AN COMPLETE PROFILE ON DOCUMENTS SENT TO COURT - RULES - (33 A)(B)2)3)4)C)D)2)3) By placing a copy in a postage paid envelope addressed to the court hereinafter listed, By depositing said envelope to Unit C/O. 1st Watch 11:00pm who route mail to United States SA Sac FDT-Mail Box

"No"

United States District Court
Office of the Clerk
Northern District of California
1301 Clay Street Suite 400S
Oakland California 94612-5212

I declare under penalty of perjury, that the foregoing is true and correct

Signature Lawrence Birks