



"Legal Confidential Mail"