IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE L. B. BIRKS,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT SANTOS,<br><br>    Defendant.                              / | No. C 07-05647 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF'S THIRD REQUEST FOR AN EXTENSION OF TIME TO FILE COPIES OF CERTIFICATE OF FUNDS AND PRISONER TRUST ACCOUNT STATEMENT** |

    Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application. Plaintiff filed a completed IFP application; however, he did not file copies of his Certificate of Funds and prisoner trust account statement.

    On March 13, 2008 and May 8, 2008, the Court granted Plaintiff extensions of time to file copies of his Certificate of Funds and prisoner trust account statement; however, these documents are presently overdue.

    Plaintiff has filed a document entitled, "Motion for the Court to Order Prison Officials Trust Office to Release Prisoner Trust Account Statement and Copies of Certificate of Funds and Sign by Designated Staff" (docket no. 17), which the Court construes as his third request for an extension of time to file copies of his Certificate of Funds and prisoner trust account statement. Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's third request for an extension of time is GRANTED. The time in which Plaintiff may file copies of his Certificate of Funds and prisoner

trust account statement will be extended up to and including **thirty (30) days** from the date of this Order.

**Failure to file copies of his Certificate of Funds and prisoner trust account statement as ordered herein by the thirty-day deadline shall result in the dismissal of this action without prejudice.**

This Order terminates Docket no. 17.

IT IS SO ORDERED.

DATED: 8/29/08

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.07\Birks5647.3rdEOT-ifp.frm    2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE BIRKS,<br><br>             Plaintiff,<br><br>  v.<br><br>ROBERT SANTOS et al,<br><br>             Defendant.       / | Case Number: CV07-05647 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence L.B. Birks J61976
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: September 3, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Birks5647.3rdEOT-ifp.frm          3