EXHIBIT 3

HILLCREST WEST MEDICAL GROUP
336 East Hillcrest Boulevard
Suite 100
Inglewood, California 90301

(213) 674-4334

RECEIVED
NOV 25 1985
LOS ANGELES

November 12, 1985

(I written to SS Dept - No respond(a) 12-98, 1-99,)

Department of Social Services
Disability Evaluation
Post Office Box 60999
Terminal Annex
Los Angeles, California 90060

NEUROLOGICAL EVALUATION

Re: BRIKS, Lawrence

HISTORY

Lawrence Briks is a 32-year-old right-handed black male who, at age 28, had a head injury which was followed with the first episode of seizures. In the last four years the patient has had many episodes of seizures. He claims if he does not take his medications he will have at least three or four episodes a week. When he takes the medications, he is free of seizures. A typical episode of seizure starts with a headache, right facial pain, and soaring throughout the body. Then, the patient will shake all over with loss of consciousness for a few minutes. Upon regaining consciousness, he feels a headache and dizzy. He had a few episodes of urinary incontinence, but no tongue biting.

The patient had a computerized tomography of the brain in the past with electroencephalogram but he is not sure of the results. Currently he is taking 200 mg Tegretol tid, but he admits to not being too reliable in taking the medication. In addition, the patient used to have psychiatric problems, including hearing noises and voices, and seeing different people who look like ghosts.

Past Medical History:

The past medical history is significant for heavy alcohol

abuse for a few years, but the patient states he stopped drinking "a long time ago." No other serious medical illnesses are known.

**Family History**

Noncontributory; no history of diabetes mellitus or hypertension.

**Social History**

The patient is divorced. He has two healthy children. He has not worked since 1979, and in the last five years he spent a lot of time in jail.

**Medications**

Tegretol, 200 mg tid
Valium, dosage unknown
Benadryl, dosage unknown

**Habits**

The patient has smoked one package per day for a period of a few months. He states he currently does not abuse alcohol. No drug abuse.

**Allergies:**
Not known

PHYSICAL EXAMINATION

**General Appearance:**
The patient is a well-nourished, well-developed male who appears to be in no acute distress.

**Vital Signs:**
Blood pressure 130/99, pulse 74. Weight 202; height 74 inches. Visual acuity OD 20/40; OS 20/30.

LIMITED PSYCHIATRIC EVALUATION

The patient is alert, oriented to time, place, and person. His attention today is good. He is realistic about his psychiatric disorder in the past and admits to many problems. He claims "I was very nervous and unbearable. I used to fight with everybody." He admits that he used to hear voices and see people who did not exist. He admits to thinking other people were after him. He was treated in the past with Prolixin, but now he says that with taking Benadryl and Valium "I feel much better; I don't hear any more voices and I don't see things that are not existing."

Isaac Regev, M.D.
HILLCREST WEST MEDICAL GROUP

On my exam today the patient is quiet and without any tearfulness. He does not show any flights of ideas. There are no signs of illusions, delusions, or hallucinations. There is no evidence for paranoia.

In summary: The patient had a history of a psychotic disorder, but today on my examination there is no evidence of acute psychotic symptoms.

NEUROLOGIC EXAMINATION

Cranial Nerves:

| | |
|---|---|
| I. | Smell not tested. |
| II. | Visual fields are intact to confrontation. Fundi are benign with sharp disc margins. |
| III., IV., VI. | Full extraocular movements without nystagmus. Pupils are equal, round, and react to light and accommodation. |
| V. | Corneal reflexes are normal bilaterally. Normal touch and pinprick sensation over the face. Good mastication. Jaw jerk reflex within normal limits. |
| VII. | Normal facial movements. No facial asymmetry. |
| VIII. | Hearing is grossly intact. Air conduction is better than bone conduction. |
| IX., X. | Normal gag reflex with good swallowing mechanism. The uvula and soft palate are symmetrical at rest and in motion. |
| XI. | Good strength of sternocleidomastoid and trapezius muscles. |
| XII. | Tongue protrudes in the midline without atrophy or fasciculation. |

46



**Motor Examination:**

Strength was graded on a scale of 0-5, +5 being normal.

| | Right/Left | | Right/Left |
|---|---|---|---|
| Deltoid | +5/+5 | Iliopsoas | +5/+5 |
| Biceps | +5/+5 | Quadriceps femoris | +5/+5 |
| Triceps | +5/+5 | Gastrocnemius | +5/+5 |
| Brachioradialis | +5/+5 | Tibialis anterior | +5/+5 |
| Flexor carpi radialis | +5/+5 | Extensor hallucis longus | +5/+5 |
| Interossei | +5/+5 | Flexor hallucis longus | +5/+5 |

Muscle tone is normal. No atrophy or fasciculations.

**Reflexes:**

Reflexes were graded on a scale 0-2, +2 being normoactive.

| | Right/Left | | Right/Left |
|---|---|---|---|
| (Upper Extremities) Biceps | +2/+2 | (Lower Extremities) | |
| Triceps | +2/+2 | Patellar | +2/+2 |
| Brachioradialis | +2/+2 | Achilles | +2/+2 |

Hoffman's and Babinski signs are negative.

**Sensory Exam:**

Light touch and pinprick sensations are intact. Vibratory and joint position senses are normal.

**Coordination:**

Finger-to-nose, heel-to-shin, and rapid alternating movements are all performed normally.

**Gait and Station:**

Normal gait without ataxia. Romberg's test is negative.

## DIAGNOSES

1. SEIZURE DISORDER, POSTTRAUMATIC EPILEPSY

2. PSYCHOTIC DISORDER

## DISCUSSION

Mr. Briks started having seizures at age 28 which started immediately after a head injury. His posttraumatic seizures are still present and, if the patient does not take his medication,

Re: BRIKS, Lawrence
November 12, 1985

he has frequent seizures. The description of the seizures is of generalized tonic-clonic type of secondary nature. This is because the patient has focal onset of symptoms followed by generalized tonic-clonic movements with loss of consciousness.

Based on the patient's history, it is my impression that his seizures are well-controlled when he is taking his medications regularly. Therefore, the patient was encouraged to take his antiepileptic medications religiously.

In addition to the seizure disorder he has a history of a psychiatric disorder, and he is currently under psychiatric treatment. Today he does not show any signs or symptoms of acute psychosis. My neurological examination is negative for focal findings.

Signed: Isaac Regev, M.D.
Neurologist

IRchris

Lawrence Birks
976-0-8137
c/o Mother
[redacted]

Happy B-Day

OLIVE VIEW — PRELIMINARY MEDICAL EXAMINATION

Time of Exam

**HISTORY** '83 AUG 11 PM 12:22

30 yr old divorced black male came in alone, ref by DPSS, applying for General Relief.

Presenting Problem: Anxiety. Depression. Angry outbursts @ times. Fearful of losing control.

**ALLERGIES**

**FINDINGS**

This man says he is suffering severe "emotional stress" after serving 3½ yrs in prison for robbery. While in prison was in Category D for stress - was very nervous - couldn't cope c̄ what was going on - almost hurt self + others - hair started

**IMPRESSION**

falling out. States he was given Benadryl + some other medication. At this time he has trouble getting along c̄ others - gets angry when he is being

**TREATMENT**

"pushed". Poor sleep pattern - has nightmares about prisoners being beat up + shot by the guards. Has been unable to get a job. Rejected by family. Oriented, alert, cooperative. Answers questions relevantly. Gets agitated when talking about his problems. Sometimes thinks he hears someone calling his name. Paranoid ideation. Existing suicidal ideation but denies intent.

"THIS CLINIC VISIT or HOSPITALIZATION IS NECESSARY FOR TREATMENT OF AN EMERGENCY CONDITION."

ADMIT TO — ☐ Routine ☐ Bush Equipment — REFER TO

INSTRUCTIONS TO PATIENT

Diag: Axis I Anxiety disorder 300.02
Axis II Def 799.90 Axis III 0
Axis IV + V 0

Disp: See Dr + ref to Center for Family Living
GAS: 45 IPS Improvement

Patient Signature

M.D.'s Signature J. [illegible] MHC

| PROBLEM | |
|---|---|
| TREATMENT & RECOMMENDATION | |
| DISPOSITION | |
| ADMITTED TO WARD | ROOM |
| DOCTORS ASSIGNED | |

| LAB AND X-RAY (CHECK IF OR'D) | | RESULTS |
|---|---|---|
| HCT | | |
| WBC | | |
| SMA 6 | | |
| UA | | |
| C & S | | |
| PRO TIME | | |
| SMA 12 | | |
| EKG | | |
| CXR | | |
| KUB | | |
| LIST OTHER | | |

T P R BP

Patient Data - Please Imprint

BIRKS LAWRENCE
#46447

[illegible] 1976 C81137

4-05 Aug

COUNTY OF LOS ANGELES — LOS ANGELES COUNTY USC MEDICAL CENTER — DEPARTMENT OF HEALTH SERVICES

# INITIAL PSYCHIATRIC EVALUATION

DATE: 1/9/85
TIME: 1030

**IDENTIFYING INFORMATION & PRESENTING PROBLEM:** JAN 9 0 9 20 '85

31 yo black male divorced unemployed [illegible] from friends. Comes to hospital [illegible] of emotional stress, various somatic symptoms including outbreak of itching, shooting chest pains, "locking" of (R) knee, shoulder pain in C spine, dizziness, [illegible] with blurred vision

**PRESENT ILLNESS & HISTORY:**

Reports steady, chronic feelings of dysphoria since release from prison 5/83. Recalls traumatic events in prison including witnessing death of a cell mate, also frequent arguments with authority figures. Pt's stress [illegible] associated moving from [illegible] to prison for "Category E + F" stress programs. Discharged from jail no psychiatric followup provided. Pt is to be involved in rehabilitation program to start 1/10/85. In addition pt was in [illegible] [illegible] 3/84. Pt jumped from a 3rd floor window + survived. Another male jumped from 4th floor window + expired. Pt recalls this traumatic event with dysphoria. Pt states he does hear voices. He has done PCP. He drinks alcohol (beer + wine) almost daily. He feels people are watching him, there may be a plot to get him. [illegible] [illegible] past [illegible].

Past psych history:

1983 Evaluated in [illegible] for [illegible], anxiety, bitterness, memory loss.

[illegible] was evaluated at Olive [illegible] and [illegible] [illegible]. [illegible] Eval was 8 mos ago. Pt didn't go to therapy they set up.

NAME: BIRKS, LAWRENCE
P.F.# 473-31-93
WARD: ____

WHITE: CHART
CANARY: PSYCHIATRIC HOSPITAL EMERGENCY ROOM
PINK: S'D STATISTICAL UNIT
INITIAL PSYCHIATRIC EVALUATION
T41368A (661A-PG 1) 12-83

COUNTY OF LOS ANGELES

DEPARTMENT OF HEALTH SERVICES
SAN FERNANDO ANTELOPE VALLEY REGION

**OLIVE VIEW MEDICAL CENTER • 7533 Van Nuys Blvd., Van Nuys, Calif. 91405**

04-05

PSYCHIATRIC EMERGENCY
CRISIS EVALUATION
# OF 15 MIN UNITS

Date

| Indiv. | | Fam/Conj | |
|---|---|---|---|
| Meds | | Holding | |

[date illegible]/53 [illegible handwritten entry]

Bad dreams. [illegible] Needs to be in [illegible] control. [illegible] people, [illegible] night. [illegible]

Mellaril 50 mg [illegible]

Benadryl 50 mg [illegible]

This patient is [illegible] Return [illegible]

[illegible]/84 Pt was in Prison (several [illegible]) × 3 yrs, was released May '83. Says above meds made him feel worse. On GR. Lives ē friends. Easily agitated, then yells. Feels unable to work, has applied for SSI. Depressed, anxious. Has Ⓛ sided headaches that are pounding, feels dizzy, [illegible] has tunnel vision. Sounds like migraine. I filled out a GR form. Intelligence [illegible] low normal.

RTC [illegible]

[signature]

PATIENT DATA - PLEASE IMPRINT

Bukes Lawrence
#-46467

**PROGRESS NOTES**
PSYCHIATRIC SERVICES

51

8

[illegible] C Birks

COUNTY OF LOS ANGELES · LOS ANGELES COUNTY USC MEDICAL CENTER · DEPARTMENT OF HEALTH SERVICES

DATE EACH ENTRY IN THIS COLUMN

# INITIAL PSYCHIATRIC EVALUATION

DATE: 1/9/85

TIME: 1030

ADDITIONAL MEDICAL HISTORY: [illegible] surgery
[illegible] injury 2/84
[illegible] drugs
JAN 9 09 20 '85
Alcohol [illegible] wine almost daily – last [illegible]
Drugs – PCP, Valium. Cigarettes 1 ppd started age 15
[illegible]. [illegible] in past. Venereal [illegible] PCN.
[illegible]

ADDITIONAL SOCIAL HISTORY: [illegible] in past
Born in Chicago, #2 of 6 siblings (3♂ 3♀). Ran away + [illegible], involved in fights with [illegible] as a child. Didn't graduate HS went to 12th grade however. Married age 18 – 24 – had 2 sons – does not know their whereabouts, hasn't seen them [illegible] yrs. Pt has had no relationships with women since divorce. [illegible] worked since 19[illegible] [illegible] [illegible]. In prison since 1979 for robbery [illegible] since 5/83 early [illegible]

ADDITIONAL FAMILY HISTORY: none

EVALUATION OF SUICIDAL POTENTIAL: [illegible] friends
Stabbed his left hand several weeks ago
Chronic alcohol abuse
Poor self esteem
Poor relationships, no contact with family

CHECKLIST: Information about all positive items is to be included above.

| | YES | NO | |
|---|---|---|---|
| Suicide | X | | [illegible] stabbed self |
| Violence | X | | |
| Significant medical problems | | X | |
| Substance abuse | X | | alcohol |
| Current medication | | X | |
| Social milieu | X | | [illegible] |
| Allergies | | X | |

NAME: BIRKS, LAURENCE

P.F.# 473-31-93

WARD

WHITE CHART
CANARY PSYCHIATRIC HOSPITAL EMERGENCY ROOM
PINK S O STATISTICAL UNIT

INITIAL PSYCHIATRIC EVALUATION

761368 [illegible] 21 12-83 · PO 8-84

AUG-4-05

J61976-C-127

6

Aug-4-05

8-127
1996

COUNTY OF LOS ANGELES

LOS ANGELES COUNTY
USC MEDICAL CENTER

DEPARTMENT OF HEALTH SERVICES

# INITIAL PSYCHIATRIC EVALUATION

DATE: 1/9/85
TIME: 1030

DIAGNOSIS

AXIS I: Major Psychiatric Diagnosis: Post traumatic stress disorder
Substance abuse alcohol, PCP

JAN 9 20 '85

AXIS II: Mixed - antisocial, passive aggressive

AXIS III: none

AXIS IV: severe - in hotel fire

AXIS V: moderate

DISPOSITION & RECOMMENDATIONS:

GAS: 45

Case discussed with Dr Funderburk
[illegible] I referral [illegible]
form to be filled out by [illegible]
[illegible] [illegible] for alcohol rehab
[illegible] referral [illegible]
[illegible] this referral, wants [illegible] therapy
[illegible] [illegible]
[illegible]
Wed 1/23/85 930 [illegible]

SIGNATURE: [illegible signature]

UNITS OF SERVICE: 4

Patient Interview: ✓

Relative Interview:

NAME BIRKS, LAURENCE
PT.# 473-31-93
WARD

WHITE - CHART
CANARY - PSYCHIATRIC HOSPITAL EMERGENCY ROOM
PINK - S-D STATISTICAL UNIT

INITIAL PSYCHIATRIC EVALUATION

53

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONS AGENCY PETE WILSON, Governor

DEPARTMENT OF CORRECTIONS
CALIFORNIA MEDICAL FACILITY
VACAVILLE, CA 95696-2000
(707) 448-6841

DATE: DECEMBER 12, 1995

TO: CSP-CORCORAN
ACUTE CARE HOSPITAL
P.O. BOX 8800
CORCORAN, CA 93212-8309

RE: NAME: BIRKS, LAWRENCE CDC#: D60273 D/D: 12/27/91

Dear Sir/Madam:

This will acknowledge your recent request for documents for the above named ex-inmate.

We are unable to comply with your request for one or more of the following reasons:

_______ Subject was received at Corrections under Section 1203.3 of the Penal Code, a ninety day diagnostic study only, retained three (3) years after discharge.

_______ Subject was discharged as shown above. Medical and psychiatric files are only retained for seven (7) years.

_______ Subject was received by Corrections from the State of _______________. His/her file has been reviewed and it shows no California commitment. Please contact the other state for information and requested documents.

_______ We have not received file from Region _____. Please contact the Region at the following number: ( ) _______________ for information requested.

_______ Subject is still actively on parole and is assigned to the following Region ______, telephone ( ) _______________.

XXX Other: THERE ARE NO MEDICAL RECORDS LOCATED IN THE ABOVE NAMED DISCHARGED FILE.

Sorry we are unable to assist you in this matter.

Sincerely,

JANE F. VERGARA
Correctional Case Records Supervisor
Departmental Archives Unit
(707) 451-0182, ext. 5846

Current CDC# J-61976

54

STATE OF CALIFORNIA
CDC 1151 (1/92) **LEGAL STATUS AUDIT SHEET**
DEPARTMENT OF CORRECTIONS

| AUDITOR'S NAME | INSTITUTION | TYPE OF AUDIT | DATE OF AUDIT |
|---|---|---|---|
| A. Jennings | CSP-Cor | Intake | 8-15-95 |

## LEGAL

- [✓] Number of active cases 1
- [✓] All commitments properly recorded on Legal Status
- [✓] Discrepant or problem case(s) referred to LPU F/S
- [✓] Fingerprint Cards/Current Photo
  - [✓] Complete [ ] None (Refer to R&R)
- [✓] Transfer approval for this institution CDR IV/CCCMS
- [ ] Registration required & reflected on Legal Status
  - [ ] H11590 [ ] P290 [ ] P457.1
- [ ] Eligible for Discharge Review
- [ ] Notice Required per
  - [ ] P3058.6 [ ] P11150 [ ] P457.1
- [ ] P290.2 Blood & saliva samples required
- [ ] P1202.1 Aids blood test required
- [ ] P3002 Psych eval. required and reflected on Legal Status
- [ ] P1170(d) Report requested (Refer to C&PR)
- [✓] Restitution ordered per P2085.5/G13967(a)

## PAROLE VIOLATOR - RETURN TO CUSTODY

- [ ] P3057.(d)(1) [ ] ELIG [ ] INELIG
- [✓] Parole revoked (if not scheduled for hearing)
- [✓] Revocation Release Date calculated & recorded on CDC 112, CDC 144 card
- [ ] Controlling Discharge Date computed & recorded on CDC 112

## PAROLE VIOLATOR - WITH NEW TERM

- [ ] Parole revoked by BPT (if not, refer to BPT 2649 Guidelines)
- [ ] Revocation Release Date and new commitment EPRD compared
- [ ] Dual Case (RRD/EPRD Controls)
- [ ] Revocation Release Date crossed out on CDC 112 (only if prior term discharged)
- [✓] CDC 144/CDC 112 reflect correct release date
- [ ] Previous term time collection records removed from computer and time cards purged

## WORK INCENTIVE

- [✓] Pre 1983 Case(s) signed waiver in file
- [ ] Mixed cases waiver not signed
- [ ] Case(s) vested/EPRD calculated and inmate advised
- [✓] Work credit gains & current Legal Status in file

## CREDIT LOSSES

- [✓] Pending Disciplinary
- [ ] All confirmed, entered in OBIS and reflected on Legal Status & CDC 112
- [✓] Date recalculated and inmate advised

## CREDIT RESTORATION

- [ ] All entered in OBIS/reflected on Legal Status and CDC 112
- [ ] Date recalculated and inmate advised

## HOLDS/WANTS/DETAINERS

- [✓] None in file/no longer wanted
- [ ] Detainer(s) in file
- [✓] WIS Only-No Hold
- [ ] Hold placement acknowledgment letter sent (CDC 661)
- [ ] Possible Holds inquiry sent. Refer HWD re:
- [ ] Inmate advised/signed CDC 661 in file
- [ ] CDC 112/144 posted
- [ ] Notice requested re: (P3058.6 / P3058.8)
- [ ] Hold entered in OBIS
- [ ] Demand for trial prepared - 1381/1389 PC
- [ ] Disposition of Probation requested
- [✓] Subject being released to Hold
- [✓] Confidential section reviewed

## LIFER

- [✓] MEPD correctly computed 667(e)
- [ ] Board action posted
- [ ] CDC 144 & CDC 112 posted appropriately
- [ ] Reviewed per In Re Monigold

COMMENTS:

not 2933.1 - Offense is not a violent felony
Burg 2nd

55

| CDC NUMBER | INMATE'S NAME |
|---|---|
| J61976 | Birks, Lawrence |

**INSTITUTIONAL STAFF RECOMMENDATION SUMMARY DATED 06/23/95**

**I/M NAME: BIRKS, Lawrence I/M NO: J61976**

**SOURCES OF REPORT:** San Bernardino County Probation Officer's Report dated 2/27/95, CLETS printout dated 5/19/95, and personal interview of 6/13/95.

**CONFIDENTIAL INFORMATION:** None on file.

**HOLDS/DETAINERS:** None on file and inmate claims none.

**MEDICAL/DENTAL:** Full duty, CCF, no camp due to history of hypertension and seizure disorder, takes medication for both conditions. Dental class 2 with routine follow-up.

**PSYCHIATRIC/PSYCHOLOGICAL:** No referral indicated.

**WORK SKILLS:** Cook, while in CDC.

**NARCOTICS/DRUGS/ALCOHOL:** Denies the use of any.

**ESCAPE HISTORY:** None in file and Inmate claims none.

**ARSON HISTORY:** None in file and Inmate claims none.

**SEX RELATED OFFENSES:** None in file and Inmate claims none.

**ACADEMIC/VOCATIONAL:** Intelligence test scores reflect a grade placement level of 5.2 and a Raven I.Q. of 88/23%. Subject claims 11th grade education. Recommend placement for academic upgrading.

**CASEWORK FOLLOW-UP:** Review FBI and CI&I printouts when available, and adjust classification score accordingly. Review archives file C18493, discharged 6/87 and D60673 when available, discharged 12/91. Archive file ordered 5/19/95.

RD/jl

**TRANSFER**

**CLASSIFICATION SCORE:** 75 **CUSTODY LEVEL:** IV

**PER 5068, INMATE REQUESTS PLACEMENT AT:** NO PREFERENCE.

**INSTITUTION RECOMMENDATION:** CCI-IV/LAC-IV.

**FIRE CAMP:** Ineligible, due to time and classification score.

**CCRC:** Ineligible, due to time.

**MSF:** Ineligible, due to time and classification score.

**CCF:** Ineligible, due to time and classification score.

**AMITY RIGHTURN:** Ineligible, due to length of term.

**RESTITUTION FINE ORDERED:** Ordered $1,500.00 by the County of San Bernardino.

**RESTITUTION CENTER:** Ineligible, due to prior prison term within 10 years.

**BOOT CAMP:** Ineligible, due to county of commitment.

**ADMINISTRATIVE PLACEMENT:** Time.

**CORRECTIONAL COUNSELOR:** R. DAVIS, CC-I

**SUPERVISOR'S RECOMMENDATION:** S. EIDE, CC-II; CAL-IV/LAC-IV

**DICTATED:** 6/14/95

**DATE REVIEWED:** 6/23/95

**I/M NAME: BIRKS, Lawrence** **I/M NUMBER: J61976** **DATE: 06/23/95**

RD/jl

**CCI-III RC**

SALINAS VALLEY STATE PRISON
SOLEDAD, CALIFORNIA

PSYCHOLOGICAL EVALUATION FOR THE BOARD OF PRISON TERMS
June 1998

Name: Birks, Lawrence
CDC#: J61976
DOB: 08/04/53

**IDENTIFYING INFORMATION:**
This is the first psychiatric report for the Board of Prison terms for this 44 year old, divorced black male convicted to serve a sentence of 26 years to life under the three strikes law.

Please refer to his files for the crimes that he has been convicted of committing.

This report is based on a review of his Unit Health Record, central file, and an interview of approximately 40 minutes.

**SOCIAL HISTORY:**
Inmate Birks was born in Chicago, Illinois, the second oldest of six children raised mostly by his mother who he states was a nurse. After they moved to California, inmate Birks stated that he completed the 11th grade at Pacific High School in San Bernardino, California.

He said little else about any social history outside of prison. He was a rather poor historian; and it was difficult to re-direct him to answer relevant questions.

Inmate Birks was intent on informing me about the many "conditions" he has and the stressful "traumas" and "tensions" he is experiencing in prison and focused on his need for "therapy", both individual and group "like at Vacaville" for "proper" treatment.

He stated that he had difficulties as a child, and reportedly was treated for Attention Deficit Hyperactivity Disorder (ADHD). He also stated that he was treated in the past for other reasons as well, but refused and was on no medication for any psychiatric problems at that time.

He admitted to heavy Polysubstance abuse, including "smoking sherms" and sniffing "glue". "Everything" he stated.



**MEDICAL AND PSYCHIATRIC HISTORY:**

As stated above inmate Birks reportedly was treated at some time for ADHD with the medication Cylert. He has other previous psychiatric diagnosis including Organic Personality Disorder, for which he was treated with sever psychiatric medications, including Prolixin, Sinequan, Doxedin, Thorazine, Haldol, and Cogentin, presumably for hallucinations.

Inmate Birks had a head injury in 1986 and reportedly was in a coma for a period of time where he was hospitalized at USC Medical Center. This may have happened while employed with Railroad at Kaiser Steel Mill, but this was not clear, and at times it was difficult to follow the chronology of events historically.

He has not been treated recently and medication were discharged on 11/19/97 and the last chrono of 04/02/96 placed him in the CCCMS psychiatric treatment program of the CDC. Reportedly he has made no suicide attempts.

Medically he most recently has been receiving treatment for chronic excoriated dermatitis and herpes, also for hypertension. He is hepatitis C positive. He is under treatment for a seizure disorder and was treated for an ulcer, although it is noted in his chart that he is a difficult patient to treat as he is easily angered, argumentative, and non-compliant, "despite M.D.'s explanation" (01/23/98).

**DISCIPLINARY HISTORY:**

Please refer to patient's charts and files, but has had first prison term at Vacaville in 1980, Folsom in 1983 and most recently in 1996 he received a SHU term at Corcoran for ten months for fighting during a lockdown.

**MENTAL STATUS EXAMINATION:**

This 44 year old male who was somewhat overactive and excitable, was somewhat cooperative with he interview process. He appeared to have some difficulty controlling his anger and for which he was apologetic.

He expressed himself in a rather irritable fashion, and was difficult to redirect. He was not clinically depressed and expressed some confusion about what he was feeling, or what he feels he should be treated for. His thought process was circumstantial. Thought content was not strictly delusional, not paranoid, although focused on himself as being the victim and not being treated fairly. This inmate was not suicidal, not homicidal, perceptually there were no auditory or visual hallucinations. Judgment and insight were very poor. Memory was not fully testable within this limited setting and level of cooperation.

**DIAGNOSIS:**

| | |
|---|---|
| Axis I: | V71.09 None, Most Recently. |
| | ADHD, Per History. |
| | Polysubstance Abuse, Severe, In Institutional Remission. |
| Axis II: | Antisocial Personality Disorder |
| | Organic Personality Disorder, Per History. |
| Axis III: | Head Injury, Per History, Seizure Disorder |
| | Hypertension. |
| | Dermatitis: Chronic Excoriated and Herpes. |
| | Hepatitis C. |
| Axis IV: | Incarceration. |
| Axis V: | GAF 58 +/-3 |

**SUMMARY AND CONCLUSION:**

This 44 year old male with a history off severe/heavy Polysubstance abuse and head injury with seizure disorder, has found adjustment to incarceration very difficult. He expressed resentment at being housed in a level IV prison. He has little insight, and has demonstrated a pervasive pattern of poor judgment with no institutional gain and unpredictable potential for violence is considered to be higher that average.


D. W. Olivieri, M.D.
Staff Psychiatrist
Salinas Valley State Prison

STATE OF CALIFORNIA-YOUTH AND ADULT CORRECTIONAL AGENCY GRAY DAVIS Governor

**DEPARTMENT OF CORRECTIONS**

Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

March 8, 2001

Clerk of the Superior Court
San Bernardino County Superior Court
351 N. Arrowhead Ave.
San Bernardino

RE: Birks, Lawrence *2nd Request*
CDC #: J61976
SC #: FSB05628
Commitment Date: 05/08/95

Dear Sir/Madam:

Reference is made to the above listed man who was committed from your county. We have not as yet received the documents (s) checked below:

- ☐ Information
- ☐ Complaint
- ☒ Sentencing Transcript
- ☐ Statement under 1203.01
- ☐ Probation Officer's Report
- ☐ Investigating Officer's Report
- ☐ Minute Order – *Certified**
- ☒ Abstract of Judgment - *Certified**

It would be most helpful to receive, as soon as possible, these missing documents which will enable us to prepare a complete and detailed account of each offense.

If you are unable to furnish the requested document, please so indicate on the bottom of this letter and return to us.

PURSUANT TO PENAL CODE SECTION 1203.01, THE CLERK OF THE COURT SHALL MAIL A COPY TO THE DEPARTMENT OF CORRECTIONS WITH THE POSTAGE PREPAID.

Respectfully,

S. Lopez

for S. TAYLOR
Case Records Manager
Salinas Valley State Prison

cc: C-File



SANFORD JAY ROSEN *
MICHAEL W. BIEN
ANDREA G. ASARO

RAVI K. BATISTA
ERNEST GALVAN
JANE KAHN
THOMAS NOLAN
MARAKA U. WILLITS

ROSEN, BIEN & ASARO, LLP
ATTORNEYS AT LAW
EIGHTH FLOOR
155 MONTGOMERY STREET
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE
(415) 433-6830

FAX
(415) 433-7104

EMAIL
rba@rbalaw.com

Rec'd 11/1/01

October 26, 2001

VIA FACSIMILE AND US MAIL

Litigation Coordinator
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

Re: *Coleman v. Davis*
Our File No. 489-3

Dear Litigation Coordinator:

We are one of the law firms that represent the plaintiffs in the class action, Coleman v. Davis. I am writing to request a copy of the medical files, including psych and inpatient records, of inmate Lawrence Birks, J-61976, since June 1, 2001. Mr. Birks is a member of the plaintiff class in Coleman v. Davis.

Enclosed is a copy of the Coleman protective order. If you have any questions, please contact Deputy Attorney General Anya Binsacca ((415) 703-5713) or Deputy Attorney Jennifer Neill ((916) 324-4361).

Thank you for your assistance.

Sincerely yours,

ROSEN, BIEN & ASARO, LLP

By: Ashley Levy
Paralegal

ABL:ts
Enclosure

cc: Sharon Riegel
Lawrence Birks, J-61976

BIRKS LAWRENCE
AKA
WASHINGTON
EARL 102
D60273



Foxed 5/15

California Department of Corrections
CDC 128B

High Desert State Prison

**MENTAL HEALTH REFERRAL - R & R Newly Arriving Inmates**

(A copy of this referral should be **faxed to the Mental Health Department** at 5017 whenever a new inmate arrives who is on psychiatric medication, requires a psychiatric assessment, or is a participant in the CDC Mental Health Services Delivery System. **Original to Medical Records.**)
Check all lines that apply.

**Inmate Status**

___ Reception Center (arriving from a county jail facility)
_✓_ General Population (arriving from another CDC institution)

_✓_ Inmate is designated CCCMS/EOP
_✓_ Documentation shows inmate is prescribed psychiatric medication
___ Inmate states he has been taking psychiatric medication although no documentation to support it

_✓_ Psychiatric medication renewed at R&R for 14 day period
___ No medication order given

___ History of psychiatric care within last six months
___ Inmate displays behavior or reports symptoms meriting mental health interview
Give Details: ____________________

Comments: ____________________

Date of Arrival: 5/14/02

D Cualnatta
RN/MTA

Inmate Name:
Birks, Lawrence
8/4/53
CDC# J-61976

Revised: 11/2000
CDC 128 B

63

# MENTALLY DISORDERED OFFENDER SCREENING FORM

List all current commitment offenses meeting all three criteria below:

1. Determinate sentence imposed per P.C. 1170
2. Offense committed on or after January 1, 1986
3. Any crime in which the perpetrator used force or violence, caused serious bodily injury, or expressly or implied threats to another with the use of force or violence likely to produce substantial physical harm(see P.C. 2962[E])

List of offenses, indicated as either Controlling (C) or Non-Controlling (NC) meeting all three above criteria, with brief narrative description of violent act (if no offense meets criteria, indicate NONE).

Offense: ______ Description Controlling Case: PC 459 Burglary 2nd Degree

Offense: ______ Description ______

Offense: ______ Description ______

Offense: ______ Description ______

Offense: ______ Description ______

(Continue on additional page(s) if necessary)

Current Mental Health Status: (enter GP, CCCMS, EOP, MHCB or DMH)

CCCMS per most current 128 C dated: 10/09/02

Release Date:
Indicate pending release date and type (e.g., EPRD, RRD, CDD) below:

Date: 06/04/2020 Type: MEPD

Determination of MDO Status (Check appropriate box and initial)

☐ ____ The inmate did not commit a qualifying offense as defined within PC 2962(e) and thus does not require a referral for MDO evaluation.

☐ ____ The inmate did commit a qualifying offense, but has not been found to currently have a mental illness (i.e., not in MHSDS) and thus does not currently require a referral for MDO evaluation.

☒ bb The inmate committed a qualifying offense and is currently in an MHSDS program, and thus requires a referral for MDO evaluation.

Note: If release is within the next 60 days, and the inmate also meets the above offense and mental health criteria, immediately refer the case to the Health Care services Mentally Disordered Offender Unit.

Print Name and Classification: **B. BARKER** **CCI** Institution: **HDSP**

Signature: ______ Date of Review: 7/15/03

Inmate Name: **BIRKS** CDC # **J61976**

