IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE L. B. BIRKS, | No. C 07-05647 SBA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL AND INSTRUCTIONS TO THE CLERK** |
| v. | (Docket nos. 3, 6, 8, 15, 18, 20, 23) |
| ROBERT SANTOS, | |
| Defendant. | |

On November 7, 2007, Plaintiff filed the instant civil rights action pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights by Defendant Robert Santos, Manager of the California Department of Bureau of Criminal Identification Information. At the time of filing the complaint, Plaintiff was incarcerated at High Desert State Prison.

Plaintiff has also filed a request to proceed in forma pauperis (IFP). For the reasons discussed below, the complaint is dismissed pursuant to 28 U.S.C. § 1915A.

**DISCUSSION**

**I.   Standard of Review**

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." Id. § 1915A(b). Pro se pleadings must be liberally construed, however. Balistreri v. Pacifica Police Dept., 901 F.2d 696, 699 (9th Cir. 1990).

To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. West v. Atkins, 487 U.S. 42, 48 (1988).

## II. **Legal Claims**

The complaint alleges that Defendant Santos provided San Bernardino County Deputy District Attorney Geoffrey K. Goss and California Superior Court Judge Christopher J. Warner with an inaccurate list of his criminal history. As a result, Plaintiff alleges that he received a Three Strikes sentence of twenty-five years to life in prison after a jury convicted him of two counts of second degree burglary. Plaintiff claims that Defendant Santos's actions violate his rights under the Privacy Act.

Prior to filing this action, on July 23, 2007, Plaintiff filed an identical civil rights action in the United States District Court for the Eastern District of California against Defendant Santos. See Birks v. Santos, Case No. CIV S-07-1473 LKK DAD P (E.D. Cal.). The Court has reviewed the earlier-filed complaint and finds that it alleges the same causes of action as those alleged in the instant complaint against Defendant Santos. In fact, Plaintiff admits to the existence of the earlier-filed action in the Eastern District.[1]

The Court may dismiss as frivolous a complaint that merely repeats pending or previously litigated claims. 28 U.S.C. § 1915A; see Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995); Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988).

Because his claims are duplicative of those raised in Plaintiff's earlier-filed action in the Eastern District, his claims are dismissed as duplicative and frivolous. See 28 U.S.C. § 1915A(b)(1).

## **CONCLUSION**

For the foregoing reasons, Plaintiff's action is DISMISSED as duplicative and frivolous. 28 U.S.C. § 1915A (b)(1). The Court has rendered its final decision on this matter; therefore, this

---

[1] The Court notes that Plaintiff has filed a "Motion to Consolidate Cases" (docket no. 15), requesting the Court "to consolidate case CIV S-07-1473 LKK DAD with case C 07-5647 SBA (PR) as one controling [sic] case . . . ." (Mot. to Consolidate at 2.) As mentioned above, the complaints in both actions are identical. The complaint in the instant action has not been previously reviewed because Plaintiff filed an incomplete IFP application. Meanwhile, the complaint in Plaintiff's Eastern District action, Case No. CIV S-07-1473 LKK DAD P, has been reviewed, and it was dismissed with leave to amend on June 12, 2008. (June 12, 2008 Order in Eastern District Case No. CIV S-07-1473 LKK DAD P at 3-4.) Therefore, the Court notes that consolidation of these cases is not necessary because Plaintiff's Eastern District action is currently still pending, and the instant action is duplicative of that action. Nonetheless, Plaintiff's motion alerted the Court to his earlier-filed action in the Eastern District.

**United States District Court**
For the Northern District of California

1  Order TERMINATES Plaintiff's case.

2  Plaintiff's IFP application (docket no. 6) is DENIED as incomplete. The Clerk of the Court

3  shall terminate all pending motions as moot (docket nos. 3, 8, 15, 18, 20, 23) and close the file.

4  This Order terminates Docket nos. 3, 6, 8, 15, 18, 20 and 23.

5  IT IS SO ORDERED.

6  DATED: 9/30/08                    _Saundra B Armstrong_
                                      SAUNDRA BROWN ARMSTRONG
7                                     United States District Judge

P:\PRO-SE\SBA\CR.07\Birks5647.Dismiss-DUPBICATIVE.wpd

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE BIRKS,

        Plaintiff,

v.

ROBERT SANTOS et al,

        Defendant.

Case Number: CV07-05647 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence L.B. Birks J61976
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: October 1, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Birks5647.Dismiss-DUPLICATIVE.wpd